IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DINA DOUGLAS-PATTERSON,<br><br>              Plaintiffs,<br><br>    v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>              Defendants. | )<br>)<br>)<br>)<br>) C.A. No.: 06-626<br>)<br>)<br>)<br>)<br>)<br>)<br>) TRIAL BY JURY DEMANDED<br>)<br>)<br>) |

## APPLICATION FOR APPOINTMENT OF NEXT FRIEND

STATE OF DELAWARE    )
                                  ) SS.
NEW CASTLE COUNTY   )

        TIMOTHY E. LENGKEEK, being duly sworn, does depose and say that:

        1.     I am a member of the bar of the Supreme Court of the State of Delaware and of the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for plaintiffs in this action.

        2.     I am submitting this Affidavit in support of the Complaint which is being filed on behalf of plaintiffs contemporaneously herewith.

        3.     Floyd E. Patterson is the father of FPJ, and they reside in Brooklyn, New York.

4. Plaintiff Floyd E. Patterson brings this action individually, and as parent and Next Friend of his minor son, FPJ, for damages arising out of the conduct of defendants.

5. Plaintiff Floyd E. Patterson has no adverse interest to the aforesaid minor child in this action.

6. Plaintiff Floyd E. Patterson requests the Court enter an Order appointing him Next Friend for his minor son, FPJ for the prosecution of the above-captioned action.

_____
TIMOTHY E. LENGKEEK

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, this 10 day of Oct, 2006.

_____ (SEAL)
Notary Public
My Commission Expires:

KAREN C. KOCHANSKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 19, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DINA DOUGLAS-PATTERSON,<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>　　　　　Defendants. | )<br>)<br>)<br>) C.A. No.: 06-626<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) TRIAL BY JURY DEMANDED<br>)<br>)<br>) |

ORDER

AND NOW, to wit this ____ day of _____, 2006, upon reviewing the attached Application for Appointment of Next Friend,

IT IS HEREBY ORDERED, that plaintiff Floyd E. Patterson is appointed as Next Friend of his minor son, FPJ for the prosecution of the above-captioned action.

_____
　　　　　　　　　　　　J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DINA DOUGLAS-PATTERSON, <br><br> Plaintiffs <br><br> v. <br><br> ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, a Delaware Corporation, and KENDALL R. WILLIFORD, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No.: 06-626 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) TRIAL BY JURY DEMANDED <br> ) <br> ) <br> ) |

ORDER

AND NOW, to wit this ____ day of _____, 2006, upon reviewing the attached Application for Appointment of Next Friend,

IT IS HEREBY ORDERED, that plaintiff Floyd E. Patterson is appointed as Next Friend of his minor son, FPJ for the prosecution of the above-captioned action.

_____
J.