IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ, and DENA DOUGLAS-PATTERSON,<br><br>Plaintiffs<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC. a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | )<br>)<br>)<br>) C.A. No.: 06-626<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) TRIAL BY JURY DEMANDED<br>)<br>)<br>) |

**RESPONSES TO MANDATORY DISCOVERY
PURSUANT TO THE LOCAL RULES OF CIVIL
PRACTICE AND PROCEDURE OF THE UNITED STATES
<u>DISTRICT COURT FOR THE DISTRICT OF DELAWARE</u>**

1. The name, address and telephone number of each person with knowledge of the facts relating to the litigation.

<u>ANSWER</u>:

In addition to the parties:

Officer Eschenwald
Delaware State Police
Troop 6

Office Doherty
Delaware State Police
Troop 6

Health Care Personnel
Christiana Health Care Services
P.O. Box 1668
Wilmington, Delaware 19899

Plaintiffs' Family and Friends

      Plaintiffs' health care providers

      Plaintiffs' Counsel and Staff
      Young, Conaway, Stargatt and Taylor LLP
      1000 West Street, 17th Floor
      Wilmington, Delaware 19899.

      2.    The identity of each expert witness retained by the party and expected to be called by the party at trial, together with the dates of any written opinions prepared by each expert.

      **ANSWER:**

Insofar as this interrogatory calls for identification of experts who may not be called to testify at trial, it is objected to. However, subject to and without waiving said objection, counsel for plaintiffs anticipate calling Plaintiffs' treating physicians.

      3.    A brief description of any insurance coverage including excess coverage, that is or may be applicable to the litigation, including: (1) the name and address of all companies insuring the risk; (2) the policy and claim number(s); (3) the type of insurance: and (4) the amounts of primary, secondary, and excess coverage.

      **ANSWER:**

      Allstate Insurance Company – Erica Yatsuk
      Policy No. 052548747
      Liability Insurance – amounts of coverage unknown

      National Grain Insurance – Shyla Boskett
      Policy No. B1B84212
      Liability Insurance – amount of coverage unknown

      GEICO – Floyd Patterson
      Policy No. 4061520252
      PIP Insurance – amount of coverage unknown

      GEICO – Kendall Williford
      Policy No. 1093525606
      Liability Insurance – amount of coverage unknown

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
Attorneys for Plaintiffs

Dated: 10/10/06