IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FLOYD E. PATTERSON, Individually and )
as Next Friend of FPJ )
and DINA DOUGLAS-PATTERSON, )
                                                        ) C.A. No.: 06-626
                    Plaintiffs )
                                                        )
        v.                                             )
                                                        )
ERICA C. YATSUK, )
SHYLA K. BOSKETT, )
DELAWARE POOPER SCOOPERS, INC., )
a Delaware Corporation, and                 ) TRIAL BY JURY DEMANDED
KENDALL R. WILLIFORD, )
                                                        )
                    Defendants. )

AFFIDAVIT OF NON-RECEIPT OF NOTICE
PURSUANT TO 10 DEL. C. § 3112

STATE OF DELAWARE      )
                                       )  SS.
NEW CASTLE COUNTY    )

BE IT REMEMBERED, that on this 22nd day of November, 2006,

personally appeared before me, a Notary Public for the State and County aforesaid, the

deponent, TIMOTHY E. LENGKEEK, who deposed and stated as follows:

    1.    I am an attorney with the law firm of Young, Conaway, Stargatt &

Taylor, attorneys for the plaintiff in this action.

    2.    The defendant, Kendall Williford, is a non-resident of the State of

Delaware.  The last-known registered address of defendant Kendall Williford is 14055

Lyons Lane, Culpepper, VA 22701.

065420.1001

3.    Attached hereto as Exhibit "A" is a copy of the usual receipt given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the notice prescribed in 10 Del. C. § 3112.

4.    Attached hereto as Exhibit "B" is the original envelope of the undelivered article containing the said Notice referred to in Paragraph 3 of this Affidavit.

5.    The date upon which the said envelope containing the said Notice was mailed by Registered Mail to defendant Kendall Williford at 14055 Lyons Lane, Culpepper, VA 22701 was November 10, 2006.  On or about November 21, 2006, the envelope containing the said Notice was returned to the sender, with the notation that the "No Mail Receptacle" and "no one there by that name."

6.    The said Notice provided for in 10 Del. C. § 3112 was contained in the envelope at the time it was mailed and is still contained therein.

_____
TIMOTHY E. LENGKEEK (No. 4116)


SWORN TO AND SUBSCRIBED before me, a Notary Public, the day and year aforesaid.

_____
Notary Public
My Commission Expires:_____

KAREN C. KOCHANSKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 19, 2008

# Exhibit A

**Registered No.** RA 906 771829 US

**Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee $ | 7.90 | | |
| Handling Charge $ | | Return Receipt $ | 1.85 |
| Postage $ | 1.11 | Restricted Delivery | |
| Received by | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

FROM
KS & T (TLEUG)
P.O. Box 391
WILM. DE 19801

TO
KenDall WilliFord
14055 Lyons Lane
Culpepper VA 22701

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806,**
June 2002

**Receipt for Registered Mail**

Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

# Exhibit B



TIMOTHY E. LENGKEEK, ESQUIRE
YOUNG CONAWAY STARGATT & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

RA 906 771 829 US

Mr. Kendall R. Whitford
14455 Lyons Lane
Culpepper VA 22701

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed No Address
☐ Attempted-Not Known
☐ No Such Street/Number
☒ Vacant
☐ No Mail Receptacle
☐ Box Closed-No Order
☐ Returned For Better Address
☐ Postage Due

REGISTERED MAIL

Tried to call 11/13/06
no one there
Nick name —