IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATERSON, <br><br> Plaintiffs, <br><br> v. <br><br> ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 06-626 <br> ) <br> ) <br> ) <br> ) <br> ) TRIAL BY JURY OF TWELVE <br> ) DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## *ENTRY OF APPEARANCE*

PLEASE ENTER the appearance of Patrick G. Rock, Esquire, on behalf of defendant ERICA C. YATSUK, only. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant(s). The Defendant(s) specifically reserve(s) all rights to raise jurisdictional, or service, or statute of limitations defects which may be available.

                                                  MICHAEL A. PEDICONE, P.A.

By:    *Patrick G. Rock, Esquire* /s/
                Patrick G. Rock, Esquire (No. 4632)
                109 W. 7th Street
                P.O. Box 1395
                Wilmington, DE 19899
                (302) 652-7850
                Attorney for Defendant

Dated: November 28, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATERSON, | ) ) ) C.A. No. 06-626 ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) TRIAL BY JURY OF TWELVE |
| ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, | ) DEMANDED ) ) ) ) ) |
| Defendants. | ) |

## *NOTICE OF SERVICE*

THIS IS TO CERTIFY, that I have caused copies of the foregoing Entry of Appearance to be served via electronic filing and U.S. Mail, postage prepaid, on November 28, 2006, upon:

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
Attorney for Plaintiffs

                MICHAEL A. PEDICONE, P.A.

             By: *Patrick G. Rock, Esquire* /s/
               Patrick G. Rock, Esquire (No. 4632)
               109 W. 7th Street
               P.O. Box 1395
               Wilmington, DE 19899
               (302) 652-7850
               Attorney for Defendant

Dated: November 28, 2006