IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ, and DENA DOUGLAS-PATTERSON,<br><br>Plaintiffs<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No.: 06-626<br>)<br>)<br>)<br>)<br>)<br>)<br>)  TRIAL BY JURY DEMANDED<br>)<br>)<br>) |

PRAECIPE

TO: Peter T. Dalleo
    Clerk of the Court
    U.S. District Court For the District of Delaware
    844 King Street
    Wilmington, DE  19801

PLEASE ISSUE Alias Summons in Civil Action to Defendant Shyla Boskett, of 76 Chestnut Drive, Elkton, MD  21921, c/o Delaware Secretary of State, Dover, Delaware.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
Attorneys for Plaintiffs

Dated:  December 12, 2006