IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DINA DOUGLAS-PATTERSON,<br><br>            Plaintiffs<br><br>v.<br><br>ERICA C. YATSUK,<br>SHYLA K. BOSKETT,<br>DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and<br>KENDALL R. WILLIFORD,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)   C.A. No.: 06-626<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   TRIAL BY JURY DEMANDED<br>)<br>)<br>) |

AFFIDAVIT OF NON-RECEIPT OF SECOND NOTICE
PURSUANT TO 10 DEL. C. § 3112

STATE OF DELAWARE    )
                             )   SS.
NEW CASTLE COUNTY   )

BE IT REMEMBERED, that on this 22nd day of December, 2006, personally appeared before me, a Notary Public for the State and County aforesaid, the deponent, TIMOTHY E. LENGKEEK, who deposed and stated as follows:

        1.      I am an attorney with the law firm of Young, Conaway, Stargatt & Taylor, attorneys for the plaintiff in this action.

        2.      The defendant, Kendall Williford, is a non-resident of the State of Delaware. The last-known registered address of defendant Kendall Williford is 164 Old Donald Anderson Road, # R, Lyons, GA 30436.

3. Attached hereto as Exhibit "A" is a copy of the usual receipt given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the notice prescribed in 10 Del. C. § 3112.

4. Attached hereto as Exhibit "B" is the original envelope of the undelivered article containing the said Second Notice referred to in Paragraph 3 of this Affidavit.

5. The date upon which the said envelope containing the said Second Notice was mailed by Registered Mail to defendant Kendall Williford at 164 Old Donald Anderson Road, # R, Lyons, GA 30436 was November 28, 2006. On or about December 21, 2006, the envelope containing the said Second Notice was returned to the sender, with the notation that "Not Deliverable."

6. The said Second Notice provided for in 10 Del. C. § 3112 was contained in the envelope at the time it was mailed and is still contained therein.

_____
TIMOTHY E. LENGKEEK (No. 4116)

SWORN TO AND SUBSCRIBED before me, a Notary Public, the day and year aforesaid.

_____ (SEAL)
Notary Public
My Commission Expires: 10/13/08

EXHIBIT A

| Registered No. RR 36C073 3072S | | Date Stamp |
|---|---|---|
| Reg. Fee $7.90 | | WILMINGTON DE RODNEY SQ. USPS NOV 28 2006 |
| Handling Charge 7.90 | Return Receipt 1.85 | |
| Postage 1.11 | Restricted Delivery $0.00 | |
| Received by | | |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance  ☐ Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: Zew Greek, ESQ
Y, C, S + T
1000 West St
Wilmington, De 19801

TO: Kendall R. Williford
164 Old Donald Anderson Rd
Lyons, GA 30436
#R

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kendall R. Williford<br>164 Old Donald Anderson<br>Rd #R<br>Lyons, GA 30436 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  RR 366073 307 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |