IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DINA DOUGLAS-PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC. a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | )<br>)<br>)<br>)   C.A. No.: 06-626<br>)<br>)<br>)<br>)<br>)   TRIAL BY JURY<br>)   DEMANDED<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

Please enter the appearance of James J. Haley, Jr., Esquire, on behalf of Personal Injury Counter-Claimant and Cross-Claimant, Shyla Boskett-Omorogieve, in the above-captioned matter. Defendant reserves the right to answer, object or otherwise plead.

/s/  James J. Haley, Jr., Esquire (#2997)
JAMES J. HALEY, JR., ESQUIRE
FERRARA, HALEY, BEVIS & COLLINS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE  19899-0188
(302) 656-7247
Attorney for Defendant Boskett

Dated:  December 22, 2006