IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATERSON, | ) )  ) C.A. No. 06-626 ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) TRIAL BY JURY OF TWELVE |
| ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, | ) DEMANDED ) ) ) ) ) |
| Defendants. | ) |

### RESPONSES TO MANDATORY DISCOVERY PURSUANT TO THE LOCAL RULES OF CIVIL PRACTICE AND PROCEDURE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

1. The name, address and telephone number of each person with knowledge of the facts relating to the litigation.

    ANSWER: None known of other than the defendant's attorney and insurance company;

2. The identity of each expert witness retained by the party and expected to be called by the party at trial, together with the dates of any written opinions prepared by each expert.

    ANSWER: Insofar as this Interrogatory calls for identification of experts who may not be called to testify at trial, it is objected to. However, subject to and without waiving said objection, to be provided if and when such expert is retained.

3. A brief description of any insurance coverage including excess coverage, that is or may be applicable to the litigation, including: (1) the name and address of all companies of risk; (2) the policy and claim number(s); (3) the type of insurance, and (4) the amounts of primary, secondary, and excess coverage.

    ANSWER: Defendant Yatsuk is insured with Allstate Insurance Company, Policy number 052548747, for liability coverage, with limits of $100,000/$300,000.

                                                 MICHAEL A. PEDICONE, P.A.

By:    *Patrick G. Rock, Esquire* /s/
                Patrick G. Rock, Esquire (No. 4632)
                109 W. 7th Street
                P.O. Box 1395
                Wilmington, DE 19899
                (302) 652-7850
                Attorney for Defendant

Dated: December 22, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATERSON, ) ) ) | C.A. No. 06-626 |
| Plaintiffs, ) | |
| v. ) | |
| ) | TRIAL BY JURY OF TWELVE DEMANDED |
| ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

THIS IS TO CERTIFY, that I have caused copies of the foregoing Mandatory Disclosures to be served via electronic filing on December 22, 2006, upon:

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
Attorney for Plaintiffs

Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE 19804
(302) 995-6210

MICHAEL A. PEDICONE, P.A.

By: *Patrick G. Rock, Esquire* /s/
    Patrick G. Rock, Esquire (No. 4632)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorney for Defendant

Dated: December 22, 2006