IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DINA DOUGLAS-PATTERSON, <br><br> Plaintiffs <br><br> v. <br><br> ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, <br><br> Defendants. | ) ) ) ) C.A. No.: 06-CV-626 JJF ) ) ) ) ) ) ) ) ) TRIAL BY JURY DEMANDED ) ) ) |

## MOTION TO EXTEND TIME FOR SERVICE

Plaintiffs, Floyd Patterson, individually and as next friend of FPJ, and Dina Douglas Patterson, states for their Motion to Extend Time for Service of Process upon Defendant, Kendall R. Williford, as follows:

1.   The complaint in the above-referenced matter was filed on October 6, 2006.

2.   Defendant, Kendall R. Williford, is a non-resident of the State of Delaware.

3.   On or about October 19, 2006, service was effected upon defendant Kendall R. Williford, by serving the Secretary of State of the State of Delaware. The return of service was filed on November 7, 2006.

4.   On November 10, 2006, Plaintiffs' counsel sent by Registered Mail the Notice as required by 10 Del. C. § 3112 to defendant Williford at 14055 Lyons Lane, Culpepper, Virginia.

5.  Said Notice was returned to Plaintiffs' counsel on November 21, 2006.

6.  On November 28, 2006, 2006, Plaintiffs' counsel sent by Registered Mail a Second Notice as required by 10 Del. C. § 3112 to defendant Williford at 164 Old Donald Anderson Road, # R, Lyons, Georgia 30436.

7.  The Second Notice was returned to Plaintiffs' counsel on December 21, 2006.

8.  Plaintiffs seek additional time to locate and effectuate service upon defendant Kendall R. Williford with investigative assistance.

9.  Service has been properly effected upon defendants Erica C. Yatsuk, Shyla K. Boskett and Delaware Pooper Scoopers, Inc.

10. Counsel for defendants Yatsuk, Boskett and Delaware Pooper Scoopers have been put on notice and have no objection to this motion.

WHEREFORE, Plaintiffs respectfully request an additional 120 days within which to effectuate service upon the Defendant Kendall R. Williford.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (No. 4116)
1000 West Street, 17th Floor
The Brandywine Building
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6605
tlengkeek@ycst.com
Attorney for Plaintiffs

Dated: January 8, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, I electronically filed a true and correct copy of Plaintiffs' Motion To Extend Time For Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

PATRICK G. ROCK, ESQUIRE
Michael A. Pedicone, P.A.
109 West 7th Street
P.O. Box 1395
Wilmington, DE 19899
patrickrock@verizon.net

JAMES JOSEPH HALEY, JR., ESQUIRE
Ferrara, Haley, Bevis & Solomon
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899
jhaley@ferraralaw.net

ROBERT JOSEPH LEONI, ESQUIRE
Morgan, Sheslby & Leoni
221 Main Street
Stanton, DE 19804
rleoni@mslde.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (No. 4116)
1000 West Street, 17th Floor
The Brandywine Building
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6605
tlengkeek@ycst.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DINA DOUGLAS-PATTERSON, <br><br> Plaintiffs <br><br> v. <br><br> ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, <br><br> Defendants. | ) ) ) ) ) C.A. No.: 06-CV-626 JJF ) ) ) ) ) ) ) ) ) TRIAL BY JURY DEMANDED ) ) ) |

ORDER

Upon consideration of Plaintiffs', Floyd E. Patterson, Individually and as Next Friend of FPJ, and Dina Douglas-Patterson, Motion for an Order Extending Time to Effect Service of Process;

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED, that the time to effect service of process of the Complaint upon the Defendant is hereby extended to _____, without prejudice to Plaintiff's right to request additional extensions upon good cause shown.

IT IS SO ORDERED this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

DB02:5695589.1                                                                                   065420.1001