IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DINA DOUGLAS-PATTERSON,<br><br>  Plaintiffs<br><br>v.<br><br>ERICA C. YATSUK,<br>SHYLA K. BOSKETT,<br>DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and<br>KENDALL R. WILLIFORD,<br><br>  Defendants. | C.A. No.: 06-CV-626 JJF<br><br>TRIAL BY JURY DEMANDED |

### PLAINTIFFS' ANSWER TO COUNTERCLAIM OF DEFENDANT ERICA C. YATSUK

Plaintiffs, Floyd Patterson, individually and as next friend of FPJ, and Dina Douglas Patterson, reply to the like-numbered paragraphs of the counterclaim portion of Defendant Yatsuk's Amended Answer To The Complaint And Cross Claims With Affirmative Defenses as follows:

41. All preceding paragraphs are incorporated herein by reference as if set forth fully herein.

42. Denied that Floyd Patterson, Sr. was the proximate cause, in whole or in part, of the accident and/or injuries underlying this litigation.

43. Denied

WHEREFORE, Plaintiffs demand judgment dismissing the Counterclaim, awarding counsel fees and court costs, and for such other and further relief as may be equitable and just, together with the relief prayed for in the Complaint.

                               YOUNG CONAWAY STARGATT & TAYLOR, LLP

                               */s/ Timothy E. Lengkeek*
                               Timothy E. Lengkeek (No. 4116)
                               1000 West Street, 17th Floor
                               The Brandywine Building
                               Wilmington, Delaware 19801
                               P.O. Box 391
                               Wilmington, Delaware 19899-0391
                               (302) 571-6605
                               tlengkeek@ycst.com
                               Attorney for Plaintiffs

Dated: January 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed a true and correct copy of Plaintiffs' Answer To Counterclaim Of Defendant Erica C. Yatsuk with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>PATRICK G. ROCK, ESQUIRE
>Michael A. Pedicone, P.A.
>109 West 7th Street
>P.O. Box 1395
>Wilmington, DE 19899
>patrickrock@verizon.net
>
>JAMES JOSEPH HALEY, JR., ESQUIRE
>Ferrara, Haley, Bevis & Solomon
>1716 Wawaset Street
>P.O. Box 188
>Wilmington, DE 19899
>jhaley@ferraralaw.net
>
>ROBERT JOSEPH LEONI, ESQUIRE
>Morgan, Sheslby & Leoni
>221 Main Street
>Stanton, DE 19804
>rleoni@mslde.com

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ Timothy E. Lengkeek_
>Timothy E. Lengkeek (No. 4116)
>1000 West Street, 17th Floor
>The Brandywine Building
>Wilmington, Delaware 19801
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6605
>tlengkeek@ycst.com
>Attorney for Plaintiffs