IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FLOYD E. PATTERSON, Individually and )
as Next Friend of FPJ )
and DINA DOUGLAS-PATTERSON, )
                                        )  C.A. No.:  06-cv-626 JJF
                  Plaintiffs )
  )
     v. )
  )
ERICA C. YATSUK, )
SHYLA K. BOSKETT, )
DELAWARE POOPER SCOOPERS, INC., )
a Delaware Corporation, and )  TRIAL BY JURY DEMANDED
KENDALL R. WILLIFORD, )
  )
                  Defendants. )

AFFIDAVIT OF NON-RECEIPT OF NOTICE
PURSUANT TO 10 DEL. C. § 3112

STATE OF DELAWARE    )
                           )   SS.
NEW CASTLE COUNTY   )

BE IT REMEMBERED, that on this 17th day of January, 2007, personally

appeared before me, a Notary Public for the State and County aforesaid, the deponent,

TIMOTHY E. LENGKEEK, who deposed and stated as follows:

           1.      I am an attorney with the law firm of Young, Conaway, Stargatt &

Taylor, attorneys for the plaintiff in this action.

           2.      The defendant, Shyla Boskett, is a non-resident of the State of

Delaware.  The last-known registered address of defendant Shyla Boskett is 76 Chestnut

Drive, Elkton, Maryland 21921.

3.    Attached hereto as Exhibit "A" is a copy of the usual receipt given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the notice prescribed in 10 Del. C. § 3112.

4.    Attached hereto as Exhibit "B" is the original envelope of the undelivered article containing the said Notice referred to in Paragraph 3 of this Affidavit.

5.    The date upon which the said envelope containing the said Notice was mailed by Registered Mail to defendant Shyla Boskett at 76 Chestnut Drive, Elkton, Maryland 21921 was December 15, 2006.  On or about January 11, 2007, the envelope containing the said Notice was returned to the sender, with the notation "Unclaimed."

6.    The said Notice provided for in 10 Del. C. § 3112 was contained in the envelope at the time it was mailed and is still contained therein.

_____
TIMOTHY E. LENGKEEK (No. 4116)


SWORN TO AND SUBSCRIBED before me, a Notary Public, the day and year aforesaid.

_____ (SEAL)
Notary Public
My Commission Expires:_____

KAREN C. KOCHANSKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 19, 2008

EXHIBIT A

Registered No. RE038 5308 1625

Date Stamp

| To Be Completed By Post Office | Reg. Fee $ 7.40 | |
|---|---|---|
| | Handling Charge $ | Return Receipt $ 1.85 |
| | Postage $ .87 | Restricted Delivery $ |
| | Received by | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
T. Lengkeek, ESQ
Y, CS+ T
1000 West Street
Wilmington, De 19801

TO
Ms Shyla Boskett
76 Chestnut Drive
Elkton, MD 21921

PS Form **3806,**
June 2002

**Receipt for Registered Mail**

*Copy 1 - Customer*
*(See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®

EXHIBIT B



U.S. POSTAGE
$1.02
H METER 942.16

WILMINGTON DE

Returned to

□ PM - Deliverable As Addressed
□ Unable To Forward
□ Insufficient Address
□ Moved Left No Address
□ Refused
□ Unclaimed
□ Attempted - Not Known
□ No Such Street □ Number
□ Vacant □ Illegible
□ No Mail Receptacle
□ Or Closed - No Order
□ Returned For Better Address
□ Postage Due _____

Ms. Shyla Boskett
76 Chestnut Drive
Elkton, MD 21924

RE 038 530 816 US

PSN 7690-03-000-8311    Label 200 August 2005

ROBERT J. LEONI, ESQUIRE
MORRIS JAMES STARGATT & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 191
WILMINGTON, DELAWARE 19899-0391

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MS. Shyla Boskett
76 Chestnut Drive
Elkton, MD 21921

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☑ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )   ☐ Yes

2. Article Number
   (Transfer from service label)        RE 038 530 816 US

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540