IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DINA DOUGLAS-PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 06-626 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) TRIAL BY JURY OF TWELVE <br> ) DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## *NOTICE OF SERVICE*

THIS IS TO CERTIFY, that I have caused copies of the foregoing Interrogatories Directed to Plaintiffs by Defendant Erica Yatsuk to be served via electronic filing and U.S. Mail, postage prepaid, on February 12, 2007, upon:

Timothy E. Lengkeek, Esquire  (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
Attorney for Plaintiffs

James J. Haley, Jr., Esquire
Ferrara Haley & Bevis
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188
(302) 656-7247
Attorney for Complainant Boskett

Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE 19804
(302) 995-6210
Attorney for Defendant Boskett and Delaware Pooper Scoopers, Inc.

Kendall R. Williford
8009 Indiantown Road
King George, VA 22485

          MICHAEL A. PEDICONE, P.A.

By: *Patrick G. Rock, Esquire* /s/
   Patrick G. Rock, Esquire (No. 4632)
   109 W. 7th Street
   P.O. Box 1395
   Wilmington, DE 19899
   (302) 652-7850
   Attorney for Defendant

Dated:  February 12, 2007