IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DINA DOUGLAS-PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, <br><br> Defendants. | ) <br> ) <br> )  C.A. No. 06-626 <br> ) <br> ) <br> ) <br> ) <br> )  TRIAL BY JURY OF TWELVE <br> )  DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## *NOTICE OF SERVICE*

THIS IS TO CERTIFY, that I have caused copies of the foregoing Requests for Production of Documents to Plaintiffs, by Defendant Erica Yatsuk to be served via electronic filing and U.S. Mail, postage prepaid, on February 12, 2007, upon:

Timothy E. Lengkeek, Esquire  (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
Attorney for Plaintiffs

Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE 19804
(302) 995-6210
Attorney for Defendant Boskett and Delaware Pooper Scoopers, Inc.

James J. Haley, Jr., Esquire
Ferrara Haley & Bevis
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188
(302) 656-7247
Attorney for Complainant Boskett

Kendall R. Williford
8009 Indiantown Road
King George, VA 22485

          MICHAEL A. PEDICONE, P.A.

By: <u>*Patrick G. Rock, Esquire* /s/</u>
    Patrick G. Rock, Esquire (No. 4632)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorney for Defendant

Dated: February 12, 2007