IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FLOYD E. PATTERSON, individually,  :
and as Next Friend of FLOYD         :
PATTERSON, JR., and DENA          :
DOUGLAS-PATTERSON,             :
                                  :
       Plaintiffs          :
                                  :
       vs.              :     C.A. No. 06-626
                                  :
ERICA C. YATSUK, SHYLA K.     :
BOSKETT, DELAWARE POOPER    :
SCOOPERS, INC., a Delaware      :
Corporation, and KENDALL R.    :
WILLIFORD,                 :
                                  :
       Defendants     : JURY TRIAL DEMANDED

## ANSWER OF WILLIFORD TO COMPLAINT

1. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

2. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

3. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

4. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

5. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

6. Denied.

7. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FLOYD E. PATTERSON, individually,     :
and as Next Friend of FLOYD             :
PATTERSON, JR., and DENA               :
DOUGLAS-PATTERSON,                     :
                                        :
        Plaintiffs                      :
                                        :
    vs.                                 :        C.A. No. 06-626
                                        :
ERICA C. YATSUK, SHYLA K.              :
BOSKETT, DELAWARE POOPER               :
SCOOPERS, INC., a Delaware             :
Corporation, and KENDALL R.            :
WILLIFORD,                             :
                                        :
        Defendants          : JURY TRIAL DEMANDED

## ANSWER OF WILLIFORD TO COMPLAINT

1. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

2. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

3. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

4. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

5. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

6. Denied.

7. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

8.  This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

9.  This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

10.  This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

11.  This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

12.  This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

13. - 14.  The allegations of these paragraphs are not directed to the answering defendant.

15. - 17.  The allegations of these paragraphs are not directed to the answering defendant.

18.  This defendant repeats the above averments.

19.  Denied.

20.  This defendant repeats the above averments.

21.      a.  The negligence of the answering defendant is denied.

        b.  This defendant is without knowledge or information sufficient to affirm or deny the balance of the averments of paragraph 21.

22.  This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

23.  This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

24.  This defendant is without knowledge or information sufficient to form a belief

as to the truth of this averment.

25. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

26. The answering defendant repeats the above averments.

27.    a. The negligence of the answering defendant is denied.

b. This defendant is without knowledge sufficient to affirm or deny the balance of the averments of paragraph 27.

28.    a. The negligence of the answering defendant is denied.

b. This defendant is without knowledge sufficient to affirm or deny the balance of the averments of paragraph 28.

29.    a. The negligence of the answering defendant is denied.

b. This defendant is without knowledge sufficient to affirm or deny the balance of the averments of paragraph 29.

30. This defendant repeats the above averments.

31. Denied.

## FIRST AFFIRMATIVE DEFENSE

Insufficiency of service of process.

## SECOND AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the person of the answering defendant.

## THIRD AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiff, Floyd E. Patterson, was contributorily negligent in that he:

a. Failed to keep a proper lookout;

b. Failed to maintain control of his motor vehicle;

c. Exceeded the safe speed;

d. Drove in a careless fashion.

## FIFTH AFFIRMATIVE DEFENSE

The negligence which proximately caused the accident was that of a third party.

## SIXTH AFFIRMATIVE DEFENSE

The negligence of the co-defendants constituted a superceding and/or intervening cause.

## CROSSCLAIM FOR CONTRIBUTION AND/OR INDEMNIFICATION

While the answering defendant denies negligence in all respects, he alternatively avers that should he be found liable for any negligence, he is entitled to indemnification from the co-defendants, or contribution based upon the proportionate fault of the co-defendants, as set forth in the complaint.

TYBOUT, REDFEARN & PELL

BY: _____
B. WILSON REDFEARN, ESQUIRE, #173
DAVID G. CULLEY, ESQUIRE, #2141
Attorney for Defendant
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901