IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR. and DENA DOUGLAS-PATTERSON,<br><br>Plaintiffs<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | C.A. No. 06-626<br><br><br><br>TRIAL BY JURY DEMANDED |

## ANSWER OF FLOYD E. PATTERSON
## TO COUNTER-CLAIMS OF SHYLA K. BOSKETT

1.  Admitted upon information and belief

2.  Not directed to answering party

3.  Admitted that answering party is a resident of the State of New York who can be contacted through undersigned counsel regarding this litigation.

4.  Not directed to answering party.

5.  Answering party is without sufficient information to confirm or deny

6.  Answering party is without sufficient information to confirm or deny.

7.  Denied.

8.  Admitted.

9.  Denied.

10. Denied.

11. Denied.

12. Denied.

13. Paragraphs 1 through 12 are incorporated herein by reference.

14. Not directed to answering party

15. Paragraphs 1 through 14 are incorporated herein by reference.

16. Denied as to each and every sub-part.

17. Paragraphs 1 through 16 are incorporated herein by reference.

18. Not directed to answering party

### First Affirmative Defense

19. Defendant's counter-claim fails to state a claim upon which relief may be granted as to plaintiff.

### Second Affirmative Defense

20. Defendant's counter-claim for medical expenses are barred and/or limited by 21 Del.C. §2118

### Third Affirmative Defense

21. Defendant's injuries, if any, were not proximately caused by plaintiff.

### Fourth Affirmative Defense

22. The accident was solely and proximately caused by others over whom plaintiff exercised no control.

### Fifth Affirmative Defense

23. Defendant's counter-claims are barred and/or limited by defendant's own comparative negligence.

WHEREFORE, plaintiff demands that judgment be entered in his favor and against the defendant on this counterclaim.

                                          /s/ Dawn L. Becker
                                          Dawn L. Becker, Esquire
                                          The Law Office of Dawn L. Becker
                                          919 Market Street, Suite 725
                                          Wilmington, DE 19801
                                          (302) 778-5784
                                          Attorney for Defendant Floyd Patterson

DATE: January 21, 2007