IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR. and DENA DOUGLAS-PATTERSON,<br><br>Plaintiffs<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC. a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | C.A. No. 06-626<br><br><br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

I, Dawn L. Becker, Esquire, hereby certify that a copy of Plaintiff Floyd E. Patterson's Answer to Counter-claims and Response to mandatory Discovery was served electronically and sent by U.S. Mail, Postage Prepaid to the following:

Timothy Lengkeek, Esquire
PO Box 391
Wilmington, DE 19899-0391

Robert J. Leoni, Esquire
221 Main Street
Stanton, DE 19804

                                                           /s/ Dawn L. Becker
                                                           Dawn L. Becker, Esquire
                                                           The Law Office of Dawn L. Becker
                                                           919 Citizens Bank Center, Suite 725
                                                           Wilmington, DE 19801
                                                           (302) 778-5786
                                                           Attorney for Defendant Floyd Patterson

DATE: February 21, 2007

## CERTIFICATE OF SERVICE

I, Dawn L. Becker, Esquire, hereby certify that a copy of Plaintiff Floyd E. Patterson's Answer to Counter-claims and Response to mandatory Discovery was served electronically and sent by U.S. Mail, Postage Prepaid to the following:

Timothy Lengkeek, Esquire
PO Box 391
Wilmington, DE 19899-0391

Robert J Leoni, Esquire
221 Main Street
Stanton, DE 19804

                                        /s/ Dawn L. Becker
                                    Dawn L. Becker, Esquire

DATE: February 21, 2007

cc:  Jill Russnak (J392)  029745013 0101 016