IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR. and DENA DOUGLAS-PATTERSON,<br><br>Plaintiffs<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC. a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | C.A. No. 06-626<br><br><br><br>TRIAL BY JURY DEMANDED |

### RESPONSE OF PLAINTIFF / COUNTER-CLAIM DEFENDANT FLOYD E. PATTERSON TO MANDATORY DISCOVERY PURSUANT TO THE LOCAL RULES OF CIVIL PRACTICE AND PROCEDURE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

1  The name, address and telephone number of each person with knowledge of the facts relating to the litigation.

**ANSWER:** Other than those identified by plaintiff: under-signed counsel and representatives of GEICO Insurance Company.

2.  The identity of each expert witness retained by the party and expected to be called by the party at trial, together with the dates of any written opinions prepared by each expert.

**ANSWER:** Plaintiff / counter-claim defendant has not retained any expert witnesses to date. Plaintiff / counter-claim defendant specifically reserves the right to supplement this interrogatory at a later time.

3.  A brief description of any insurance coverage, including excess coverage, that is or may be applicable to the litigation, including: (1) the name and address of all companies insuring the risk; (2) the policy and claim number(s); (3) the type of insurance; and (4) the amounts of primary, secondary and excess coverage.

**ANSWER:** (1) GEICO Insurance Company, One GEICO Boulevard, Fredericksburg, VA 22412; (2) policy # 4061520252, claim # 029 745 013 0101 016; (3) Automobile Liability; (4) $100,000 per person / $300,000 per accident.

> The Law Office of Dawn L. Becker
>
> Dawn L. Becker, Esquire
> Citizens Bank Center
> 919 Market Street, Suite 725
> Wilmington, DE 19801
> (302) 778-5784
> Attorney for Counter-claim Defendant
> Floyd Patterson

Dated: February 21, 2007