IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOYD E. PATTERSON, individually, and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATTERSON, | : : : : : : | |
| Plaintiffs | : : | |
| vs. | : : | C.A. No. 06-626 |
| ERICA C. YATSUJK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, | : : : : : : | |
| Defendants | : | |

DEFENDANT WILLIFORD'S COMPLIANCE WITH
DISCLOSURES PURSUANT TO LOCAL RULE 26(a)(1)

(A)   The name, address and telephone number of each person with knowledge of the facts relating to the litigation.

**ANSWER:**   In addition to the parties:

    Officer Eschenwald
    DSP Troop 6
    Kirkwood Highway
    Wilmington, DE 19808

    Officer Doherty
    DSP Troop 6
    Kirkwood Highway
    Wilmington, DE 19808

      Ms. Huron Hendrix
      GEICO
      One Geico Boulevard
      Fredericksburg, VA 22412

      B. Wilson Redfearn, Esquire
      David Culley, Esquire
      750 S. Madison Street, #400
      Wilmington, DE 19801

(B)    A statement confirming that those documents in the party's possession, custody or control which are reasonably likely to bear significantly on the claims or defenses asserted, and that are not otherwise protected from discovery as privileged, or as trial preparation materials, or may be subject to a protective order under Fed.R.Civ.P. 26(c), are available for inspection and copying by the other parties. In the statement, the party shall identify those documents being withheld.

**ANSWER:** Police Accident Report, damage estimates to Floyd Patterson's vehicle, photographs of the Patterson vehicle, recorded interview of Kendall Williford taken on May 3, 2006, recorded interview of Shyla Boskett taken on May 9, 2006.

(C)    The identity of each expert witness retained by the party and expected to be called by the party at trial, together with the dates of any written opinions prepared by each expert.

**ANSWER:** None.

(D)    A brief description of any insurance coverage, including excess coverage, that is or may be applicable to the litigation, including: (1) the name and address of all companies insuring the risk; (2) the policy number(s); (3) the type of insurance; and (4) the amounts of primary, secondary and excess coverage.

**ANSWER:** Named insured: Darryl A. Moro, insured under GEICO Indemnity, One Geico Blvd., Fredericksburg, VA 22412, policy number 1093525606, dates of coverage March 25, 2006 through September 25, 2006, BI coverage $25,000.00/$50,000.00/occurrence.

TYBOUT, REDFEARN & PELL

BY: _____
B. WILSON REDFEARN, ESQUIRE
#173
Attorney for Defendant, Williford
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901