IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DENA DOUGLAS-PATTERSON, | ) ) ) ) | C.A. No. 06-626 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | TRIAL BY JURY OF 12 DEMANDED |
| ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC. a Delaware Corporation, and KENDALL R. WILLIFORD, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANT SHYLA K. BOSKETT AND DELAWARE POOPER SCOOPERS, INC.'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

1. Give the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying subjects of the information.

**ANSWER:**

Plaintiffs Floyd E. Patterson, Dena Douglas Patterson and FPJ
59 Maple Street
Brooklyn, NY 11225

Erica C. Yatsuk
115 West Garrison Road
Parkside, PA 19015

Shyla K. Boskett
7 Waltham Street
Newark, DE 19713

Delaware Pooper Scoopers, Inc.

Kendall R. Williford
14055 Lyons Lane
Culpepper, VA 22701

Delaware State Police

National Grange Mutual Insurance
P.O. Box 6419
Glen Allen, VA 23058-6419

GEICO Insurance Company

Allstate Insurance Company

2. Identify a copy of, or description by category and location of, all documents, data compilations, and tangible things that are in possession, custody, or control of the party that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**ANSWER:**

Counsel for defendant is in possession of a copy of State of Delaware Police Accident Report. This document is available for copying or inspection upon request.

Defendants' carrier through an adjuster took the recorded interview of Defendant Shyla Boskett. This statement is privileged and/or protected by the work product doctrine.

3.  Give a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of the injuries suffered.

**ANSWER:**

This answering defendant's damages will be those determined by a jury with cross claims on co-defendants.

4.  Identify for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on any insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy a judgment.

**ANSWER:**

Defendants' carrier has the certified policy.

*SHELSBY & LEONI*

/s/ *Robert J. Leoni*
ROBERT J. LEONI, I.D. #2888
Rleoni@mslde.com

/s/ *Michael J. Logullo*
Michael J. Logullo, I.D. #3851
Mlogullo@mslde.com

221 Main Street
Wilmington, DE 19804
(302) 995-6210
Attorney for Defendants Shyla K. Boskett &
Delaware Pooper Scoopers, Inc.

**DATE:** February 27, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DENA DOUGLAS-PATTERSON, <br><br>  Plaintiffs, <br><br> v. <br><br> ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC. a Delaware Corporation, and KENDALL R. WILLIFORD, <br><br>  Defendants. | C.A. No. 06-626 <br><br><br><br><br><br> TRIAL BY JURY OF 12 DEMANDED |

## NOTICE OF SERVICE

**I HEREBY CERTIFY** on this 28th day of February, 2007, two copies of the foregoing Defendants, Shyla K. Boskett and Delaware Pooper Scoopers, Inc.'s Initial Disclosures Pursuant to Rule 26 (a) (1) was sent via electronic service and first-class, postage prepaid mail to:

Timothy E. Lengkeek, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Patrick G. Rock, Esquire
Michael A. Pedicone, P.A.
109 W. 17th Street
P.O. Box 1395

Wilmington, DE 19899-1395

James J. Haley, Jr., Esquire
Ferrara Haley Bevis & Solomon
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899

*SHELSBY & LEONI*

/s/ *Robert J. Leoni*
ROBERT J. LEONI, I.D. #2888
Rleoni@mslde.com

/s/ *Michael J. Logullo*
Michael J. Logullo, I.D. #3851
Mlogullo@mslde.com

221 Main Street
Wilmington, DE 19804
(302) 995-6210
Attorney for Defendants Shyla K. Boskett & Delaware Pooper Scoopers, Inc.