IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, individually, and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATTERSON,<br><br>Plaintiffs<br><br>vs.<br><br>ERICA C. YATSUJK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants | C.A. No. 06-626 |

## ANSWER OF WILLIFORD TO CROSSCLAIM OF SHYLA K. BOSKETT AND DELAWARE POOPER SCOOPERS, INC.

1. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

2. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

3. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

4. Denied.

5. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

6. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

7. This defendant is without knowledge or information sufficient to form a belief

as to the truth of this averment.

8. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

9. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

10. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

11. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

12. This defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

13. - 14. This averment is not directed to the answering defendant.

15. - 16. This averment is not directed to the answering defendant.

17. The answering defendant repeats the above averments.

18. Denied.

### FIRST AFFIRMATIVE DEFENSE

Crossclaim fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The injuries were not proximately caused by answering defendant.

### THIRD AFFIRMATIVE DEFENSE

The accident was solely and proximately caused by others over whom the answering defendant had no control.

### FOURTH AFFIRMATIVE DEFENSE

Crossclaims are barred by or limited by the Doctrine of Comparative/Contributory Negligence.

WHEREFORE, the answering defendant denies that he is responsible to Shyla K. Boskett and/or Delaware Pooper Scoopers, Inc. for any injuries or damages they may have suffered, and/or for contribution and/or indemnification.

TYBOUT, REDFEARN & PELL

BY: _____
B. WILSON REDFEARN, ESQUIRE, #173
DAVID G. CULLEY, ESQUIRE, #2141
Attorney for Defendant, Williford
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901