LAW OFFICES

## TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN
DANIELLE K. YEARICK
DENNIS J. MENTON

750 SOUTH MADISON STREET
SUITE 400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

SUSAN A. LIST
ROBERT M. GREENBERG
TIMOTHY S. MARTIN

Of Counsel:
B. WILSON REDFEARN
RICHARD W. PELL

Writer's Direct Dial:
(302) 657-5505
bwredfearn@trplaw.com

March 1, 2007

Fax: 576-3308
Timothy Lengkeek, Esquire
YOUNG, CONAWAY, ET AL
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Fax: 652-7876
Patrick Rock, Esquire
109 West 7th Street
P.O. Box 1395
Wilmington, DE 19899-1395

Fax: 656-8053
James Joseph Haley, Jr., Esquire
FERRARA, HALEY & BEVIS
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188

Fax: 995-6121
Robert J. Leoni, Esquire
SHELSBY & LEONI
221 Main Street
Stanton, DE 19804-3904

Fax: 778-5786
Gary Alderson, Esquire
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801



Re:   Floyd E. Patterson, Floyd Patterson, Jr. and Dena Douglas-Patterson v. Erica C. Yatsuk, Shyla K. Boskett, Delaware Pooper Scoopers, Inc., Kendall R. Williford
      06-626

Gentlemen:

I am in receipt of the court's email in the above matter regarding the preparation of a Proposed Pretrial Scheduling Order to be submitted by March 12, 2007. Please be advised that Mr. Redfearn is out of the office until March 13, 2007. If you would send me the proposed Order, I can forward same to Mr. Redfearn for his review. Thank you.

Sincerely yours,

Margaret M. Averell
Legal Assistant to
B. WILSON REDFEARN

ma
cc:   Honorable Joseph J. Farnan, Jr.
      Clerk of the Court