IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DINA DOUGLAS-PATTERSON,<br><br>Plaintiffs<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | C.A. No.: 06-626<br><br><br>TRIAL BY JURY DEMANDED |

ORDER

AND NOW, to wit this 4 day of April, 2007, upon reviewing the Application for Appointment of Next Friend,

IT IS HEREBY ORDERED, that plaintiff Floyd E. Patterson is appointed as Next Friend of his minor son, FPJ for the prosecution of the above-captioned action.

*/s/ Joseph J. Farnan, Jr.*