IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DINA DOUGLAS-PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | )<br>)<br>) C.A. No. 06-626<br>)<br>)<br>) NON-ARBITRATION<br>)<br>) TRIAL BY JURY OF TWELVE<br>) DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF DEPOSITIONS**

TO:

Dawn L. Becker, Esquire
919 Market Street
Suite 725
Wilmington, DE  19801

Patrick G. Rock, Esquire
109 West 7th Street
P. O. Box 1395
Wilmington, DE  19899-1395

Robert J. Leoni , Esquire
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE 19804

James J. Haley, Jr., Esquire
Ferrara Haley & Bevis
1716 Wawaset Street
P. O. Box 188
Wilmington, DE  19899-0188

B. Wilson Redfearn, Esquire
Tybout Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, DE  19801


PLEASE TAKE NOTICE that the undersigned counsel will take the oral deposition of Defendant Erica Yatsuk on July 26, 2007, at 9:00 a.m., in the offices of Young Conaway Stargatt & Taylor, LLP, Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware, 19801.

PLEASE TAKE NOTICE that the undersigned counsel will take the oral deposition of Defendant Shyla Boskett on July 26, 2007, at 10:00 a.m. following the deposition of Defendant Erica Yatsuk, in the offices of Young Conaway Stargatt & Taylor, LLP, Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware, 19801.

PLEASE TAKE NOTICE that the undersigned counsel will take the oral deposition of Defendant Kendall Williford on July 26, 2007, at 11:00 a.m. following the deposition of Defendant Shyla Boskett, in the offices of Young Conaway Stargatt & Taylor, LLP, Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware, 19801.

PLEASE TAKE NOTICE that the undersigned counsel will take the oral deposition of Officer Eschenwald, DSP, Troop 6 on July 26, 2007, at 2:00 p.m. following the deposition of Defendant Kendall Williford, in the offices of Young Conaway Stargatt & Taylor, LLP, Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware, 19801.

PLEASE TAKE NOTICE that the undersigned counsel will take the oral deposition of Officer Doherty, DSP, Troop 6 on July 26, 2007, at 3:00 p.m. following the deposition of Officer Eschenwald, in the offices of Young Conaway Stargatt & Taylor, LLP, Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware, 19801.

All Defendants' pleadings and responses to the Complaint, Interrogatories, and Requests for Production are incorporated herein by reference.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (#4116)
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
(302) 576-3308 (Fax)
*tlengkeek@ycst.com*
Attorneys for Plaintiffs

Dated: 4/10/07
cc:   Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I, Timothy E. Lengkeek, hereby certify, on this 10th day of April 2007, that two copies of Plaintiffs' Notice of Depositions were served upon the following counsel by Electronic Filing and U.S. First Class Mail:

Dawn L. Becker, Esquire
919 Market Street
Suite 725
Wilmington, DE 19801

Patrick G. Rock, Esquire
109 West 7th Street
P. O. Box 1395
Wilmington, DE 19899-1395

B. Wilson Redfearn, Esquire
Tybout Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, DE 19801

Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE 19804

James J. Haley, Jr., Esquire
Ferrara Haley & Bevis
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899-0188

_____
Timothy E. Lengkeek (#4116)