IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DINA DOUGLAS-PATTERSON,<br><br>Plaintiffs<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC. a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | C.A. No.: 06-cv-626 JJF<br><br>TRIAL BY JURY DEMANDED |

NOTICE OF SERVICE

Timothy E. Lengkeek, Esquire, hereby certifies that on April 11, 2007, Plaintiffs' Rule 26 Initial Disclosures was served on the following person by attaching it to this Notice and electronically filing the Notice and mailing the Notice and Rule 26 Initial Disclosures, via First Class U.S. Mail, postage prepaid:

Patrick G. Rock, Esquire
109 West 7th Street
P.O. Box 1395
Wilmington, DE 19899-1395

Dawn L. Becker, Esquire
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

B. Wilson Redfearn, Esquire
Tybout Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

James J. Haley, Jr., Esquire
1716 Wawaset Street
P.O. box 188
Wilmington, DE 19899-0188

Robert J. Leoni, Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Timothy E. Lengkeek*

        Timothy E. Lengkeek (No. 4116)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6605
        Facsimile: (302) 576-3308
        tlengkeek@ycst.com
        Attorneys for Plaintiff

Dated: April 11, 2007