≈AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF

FLOYD E. PATTERSON, et al.,

V.

ERICA C. YATSUK, et al.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  06-626

Claim No.  66435-3683-9 RDE
Don Evans, Baltimore MCO

TO: DEL DOT
    169 Brick Store Landing Road
    Smyrna, DE  19977   (302) 659-2400

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all records regarding road repair, maintenance, contracts, work orders, invoices, or any other record for repairs performed on Interstate 95 Southbound and/or Northbound at .5 to 2 miles north of Rt. 896 from April 1, 2006 to June 30, 2006.  (See attached police report).

| PLACE Michael A. Pedicone, P.A.<br>109 W. 7th Street, P.O. Box 1395, Wilm., DE  19899 | DATE AND TIME<br>April 16, 2007 at 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Erica Yatsuk | March 29, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Patrick G. Rock, Esquire, 109 W. 7th Street, Wilm., DE  19801   (302) 652-7850
                                                                FAX:  (302) 652-7876

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT

CASE NO.: 06-626

## AFFIDAVIT OF SERVICE

**FLOYD E. PATTERSON, ET AL**

     Plaintiff/Petitioner,

vs.

**ERICA C. YATSUK, ET AL**

     Defendant/Respondent.

_____/

Received by **D.M. Professional Services, Inc.** on **03/29/2007** at **02:58 PM** to be served upon:

**DEL DOT**

DELAWARE
NEW CASTLE, KENT, SUSSEX    ss.

I, **ROBERT DELACY, III**, depose and say that:

On **04/02/2007** at **02:50 PM**, I served the within **SUBPOENA IN A CIVIL CASE** on **DEL DOT** at **169 BRICK STORE LANDING RD**, Smyrna, DE 19977 in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to: **STEPHEN TREUT, AUTHORIZED TO ACCEPT SERVICE**
a person of suitable age and discretion.

Description of person served:
Sex: Male – Skin: White – Hair: Salt/Pepper – Height: 5'10" – Weight: 185 LBS/MUSTACHE

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ___2___ day of ___APR___, 20_07_.

Sworn to and subscribed before me on this
___9___ day of _____, 20_07_
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC

X _____
ROBERT DELACY, III
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: MICHAEL PEDICONE, ESQ.
Atty File#: 66435-3683-9 RDE - Our File# 14009