IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATERSON, <br><br> Plaintiffs, <br><br> v. <br><br> ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 06-626 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) TRIAL BY JURY OF TWELVE <br> ) DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DEPOSITIONS

TO:   All Counsel

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of the plaintiffs, Floyd E. Patterson, Sr., Floyd E. Patterson, Jr. and Dina Douglas-Patterson, in the offices of the undersigned, on **Monday, October 15, 2007 at 2:00 p.m., 3:00 p.m. and 4:00 p.m., respectively.**

                            MICHAEL A. PEDICONE, P.A.

                            By:   /s/ Patrick G. Rock
                                Patrick G. Rock, Esquire (No. 4632)
                                109 W. 7th Street
                                P.O. Box 1395
                                Wilmington, DE 19899
                                (302) 652-7850
                                Attorney for Defendant Yatsuk

Dated:  April 20, 2007

cc:    Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATERSON, ) ) ) | C.A. No. 06-626 |
| Plaintiffs, ) ) | |
| v. ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, ) ) ) ) ) ) | |
| Defendants. ) | |

## *NOTICE OF SERVICE*

THIS IS TO CERTIFY, that I have caused copies of the foregoing Notice of Deposition to be served via electronic filing and U.S. Mail, postage prepaid, on April 20, 2007, upon:

Timothy E. Lengkeek, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
Attorney for Plaintiffs

Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE 19804
(302) 995-6210
Attorney for Defendant Boskett and Delaware Pooper Scoopers, Inc.

James J. Haley, Jr., Esquire
Ferrara Haley & Bevis
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188
(302) 656-7247
Attorney for Complainant Boskett

B. Wilson Redfearn, Esquire
Tybout, Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, DE 19801
(302) 658-6901
Attorney for Defendant Williford

Dawn L. Becker, Esquire
Citizens Bank Center
919 Market Street
Suite 725
Wilmington, DE 19801
(302) 778-5784
Attorney for Floyd E. Patterson, Sr.

                        MICHAEL A. PEDICONE, P.A.

                    By: */s/ Patrick G. Rock*
                        Patrick G. Rock, Esquire (No. 4632)
                        109 W. 7th Street
                        P.O. Box 1395
                        Wilmington, DE 19899
                        (302) 652-7850
                        Attorney for Defendant Yatsuk

Dated:  April 20, 2007