IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FLOYD E. PATTERSON, individually,  :
and as Next Friend of FLOYD         :
PATTERSON, JR., and DENA          :
DOUGLAS-PATTERSON,

                          :

         Plaintiffs        :

                          :

      vs.             :     C.A. No. 06-626

                          :

ERICA C. YATSUJK, SHYLA K.    :
BOSKETT, DELAWARE POOPER   :
SCOOPERS, INC., a Delaware     :
Corporation, and KENDALL R.    :
WILLIFORD,

                          :

         Defendants     :

## NOTICE OF SERVICE

     **PLEASE TAKE NOTICE,** that the undersigned, B. Wilson Redfearn, Esquire,

did propound Interrogatories to the co-defendants, Boskett and Delaware Pooper

Scoopers, Inc.. Same were served on counsel by regular mail in accordance with the

attached mailing affidavit.

             TYBOUT, REDFEARN & PELL

BY:     _____
           B. WILSON REDFEARN, ESQUIRE
           #173
           Attorney for Defendant, Williford
           750 South Madison Street, Suite 400
           P.O. Box 2092
           Wilmington, DE 19899
           (302) 658-6901