IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FLOYD E. PATTERSON, individually, :
and as Next Friend of FLOYD :
PATTERSON, JR., and DENA :
DOUGLAS-PATTERSON, :
                               :
           Plaintiffs       :
                               :
          vs.             :       C.A. No. 06-626
                               :
ERICA C. YATSUJK, SHYLA K. :
BOSKETT, DELAWARE POOPER :
SCOOPERS, INC., a Delaware :
Corporation, and KENDALL R. :
WILLIFORD, :
                               :
          Defendants     :

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE,** that the undersigned, B. Wilson Redfearn, Esquire,

did prepare Defendant Williford's Answers to Yatsuk's Interrogatories. Same were served

on counsel by regular mail in accordance with the attached mailing affidavit.

TYBOUT, REDFEARN & PELL

BY: _____
           B. WILSON REDFEARN, ESQUIRE
           #173
           Attorney for Defendant, Williford
           750 South Madison Street, Suite 400
           P.O. Box 2092
           Wilmington, DE 19899
           (302) 658-6901