IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOYD E. PATTERSON, Individually and<br>as Next Friend of FLOYD PATTERSON,<br>JR., and DINA DOUGLAS-PATTERSON, | ) <br> ) <br> ) | C.A. No. 06-626 JJF |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY OF TWELVE |
| ERICA C. YATSUK, | ) | DEMANDED |
| SHYLA K BOSKETT, | ) | |
| DELAWARE POOPER SCOOPERS, INC., | ) | |
| a Delaware Corporation, | ) | |
| and KENDALL R. WILLIFORD, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Timothy E. Lengkeek, Esquire, hereby certify that on this 29th day of

May, 2007, I caused copies of Plaintiffs' Floyd E. Patterson, Individually And As Next

Friend of Floyd Patterson, Jr., and Dina Douglas-Patterson's Answers To Defendant

Erica C. Yatsuk's Interrogatories, Plaintiffs' Responses To Defendant Erika C. Yatsuk's

Request For Production, and this Notice to be served on the following individuals, in the

manner indicated below:

**BY HAND DELIVERY**
Patrick G. Rock, Esquire
109 West 7th Street
P.O. Box 1395
Wilmington, DE  19899-1395

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
B. Wilson Redfearn, Esquire
Tybout Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
James J. Haley, Jr., Esquire
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0188

**BY FIRST CLASS MAIL**
Robert J. Leoni, Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE  19804

YOUNG CONAWAY STARGATT & TAYLOR, LLP


Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
tlengkeek@ycst.com
Attorneys for Plaintiff