IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DENA DOUGLAS-PATTERSON, | ) ) ) ) | C.A. No. 06-626 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | TRIAL BY JURY OF 12 DEMANDED |
| ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC. a Delaware Corporation, and KENDALL R. WILLIFORD, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT, SHYLA K. BOSKETT and DELAWARE POOPER SCOOPERS, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFFS.**

**COMES NOW** the Defendant, Shyla K. Boskett and Delaware Pooper Scoopers, Inc., by and through its attorneys, Robert J. Leoni and Shelsby & Leoni, and request that the Plaintiffs produce and permit the Defendant to inspect, copy and photograph all documents and things in the Plaintiffs' possession, custody or control which embody, refer to, or relate to in any way the following subject, other than written materials prepared in anticipation of litigation or for trial:.

### REQUESTS

1. All documents identified in your Answers to this party's Interrogatories.

2. All written reports of each person whom you expect to call as an expert witness at trial.

3. The most recent resume or curriculum vitae of each expert whom you expect to call as an expert witness at trial.

4. All notes, diagrams, photographs or other documents prepared or reviewed in connection with their assignment in this case by each person whom you expect to call as an expert witness at trial.

5. All written or recorded statements of this party, or of any agent, representative or employee of this party, concerning the subject matter of this action.

6. All photographs, x-rays, diagrams, surveys, or other graphic representations of information concerning the subject matter of this action.

7. All records from any hospital, physician, health clinic or therapist which has seen, evaluated or treated the Plaintiff as a result of the occurrence or related to the subject matter of this appeal.

8. All notes, reports, records or writing of any kind which your expert witness or witnesses reviewed in regard to his (their) report(s) identified in Request Number 2 above, or upon which he (they) will rely in trial testimony.

9. Reports from all physicians and healthcare providers who have examined Plaintiff in regard to this matter.

10. Medical reports, police reports, PIP claim forms, demand letters, worker's compensation claim forms, District or Circuit Court Complaints, and Answers to Interrogatories by the Plaintiff relating to any claim for compensation for personal injury made by or on behalf of the Plaintiff prior to or subsequent to the occurrence.

11. Copies of the Federal and State Income Tax Returns, including all attachments thereto for the past five (5) years.

*SHELSBY & LEONI*
/s/ *Robert J. Leoni*
ROBERT J. LEONI, I.D. #2888
Rleoni@mslde.com
221 Main Street
Stanton, DE 19804
(302) 995-6210
Attorney for Defendant Boskett and
Delaware Pooper Scoopers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FPJ and DENA DOUGLAS-PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC. a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | C.A. No. 06-626<br><br><br><br><br><br>TRIAL BY JURY OF 12 DEMANDED |

## NOTICE OF SERVICE

I HEREBY SERVE NOTICE, on this 15th day of June, that I served two copies of Defendant's Request for Production of Documents to Plaintiffs upon the following by postage prepaid, first class mail:

Timothy E. Lengkeek, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Patrick G. Rock, Esquire
Michael A. Pedicone, P.A.
109 W. 17th Street
P.O. Box 1395
Wilmington, DE 19899-1395

                ***SHELSBY & LEONI***
                */s/ Robert J. Leoni*
                ROBERT J. LEONI, I.D. #2888
                Rleoni@mslde.com
                221 Main Street
                Stanton, DE  19804
                (302) 995-6210
                Attorney for Defendant Boskett and Delaware Pooper Scoopers, Inc.

DATED:    6/15/07