IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DINA DOUGLAS-PATTERSON, | ) ) ) | C.A. No. 06-626 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE ENTER the appearance of Michael A. Pedicone, Esquire, as attorney for defendant Erica C. Yatsuk and withdraw the appearance of Patrick G. Rock, Esquire as attorney for defendant Erica C. Yatsuk.

        MICHAEL A. PEDICONE, P.A.

By: /s/ Michael Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendant Yatsuk

        MICHAEL A. PEDICONE, P.A.

By: /s/ Patrick Rock
Patrick G. Rock, Esquire (No. 4632)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendant Yatsuk

Dated: June 20, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DINA DOUGLAS-PATTERSON, | ) ) ) ) | C.A. No. 06-626 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | TRIAL BY JURY OF TWELVE |
| ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, | ) ) ) ) ) ) | DEMANDED |
| Defendants. | ) | |

## NOTICE OF SERVICE

THIS IS TO CERTIFY, that I have caused copies of the foregoing Substitution of Counsel be served via electronic filing and U.S. Mail, postage prepaid, on June 20, 2007, upon:

Timothy E. Lengkeek, Esquire  (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
Attorney for Plaintiffs

James J. Haley, Jr., Esquire
Ferrara Haley & Bevis
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188
(302) 656-7247
Attorney for Complainant Boskett

Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE 19804
(302) 995-6210
Attorney for Defendant Boskett and Delaware Pooper Scoopers, Inc.

Kendall R. Williford
8009 Indiantown Road
King George, VA 22485

MICHAEL A. PEDICONE, P.A.

By: /s/ *Michael A. Pedicone*
    Patrick G. Rock, Esquire (No. 2424)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorney for Defendant Yatsuk

Dated: June 20, 2007