IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DINA DOUGLAS-PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | )<br>)<br>) C.A. No. 06-626<br>)<br>)<br>)<br>)<br>)<br>) TRIAL BY JURY OF TWELVE<br>) DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

This is to certify that I have caused copies of the foregoing Defendant (Complainant) Boskett's Answers to Defendant Yatsuk's Interrogatories and Answers to Defendant Yatsuk's Request for Production to be served on the following persons by attaching it to this Notice and electronically filing the Notice and mailing the Notice and Answers via U.S. Mail on June 27, 2007:

Timothy E. Lengkeek, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899
Attorney for Plaintiffs

Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE 19804
Attorney for Defendant Boskett and Delaware Pooper Scoopers, Inc.

Patrick G. Rock, Esquire
Michael A. Pedicone, P.A.
109 W. 7th Street
P. O. Box 1395
Wilmington, DE 19899
Attorney for Defendant Yatsuk

B. Wilson Redfearn, Esquire
David G. Cully, Esquire
Tybout, Redfearn & Pell
750 S. Madison St., Suite 400
P. O. Box 2092
Wilmington, DE 19899
Attorney for Defendant Williford

/s/  James J. Haley, Jr., Esquire (#2997)
FERRARA, HALEY, BEVIS &  COLLINS
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899
Attorney for Defendant (Complainant)Boskett
(302) 656-7247

Dated:   June 27, 2007