IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DINA DOUGLAS-PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | )<br>)<br>)  C.A. No.  06-626<br>)<br>)<br>)<br>)<br>)<br>)  TRIAL BY JURY OF TWELVE<br>)  DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## *NOTICE OF SERVICE*

THIS IS TO CERTIFY, that I have caused copies of the foregoing Erica Yatsuk's Answers to Defendant Shyla K. Boskett and Delaware Pooper Scoopers, Inc.'s Interrogatories Directed to all Co-Defendants to be served via electronic filing and U.S. Mail, on July 25, 2007, upon:

| | |
|---|---|
| Timothy E. Lengkeek, Esquire  (No. 4116)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6605<br>Attorney for Plaintiffs | Robert J. Leoni, Esquire<br>Morgan Shelsby & Leoni<br>221 Main Street<br>Stanton, DE 19804<br>(302) 995-6210<br>Attorney for Defendant Boskett and Delaware Pooper Scoopers, Inc. |
| James J. Haley, Jr., Esquire<br>Ferrara Haley & Bevis<br>1716 Wawaset Street<br>P.O. Box 188<br>Wilmington, DE 19899-0188<br>(302) 656-7247<br>Attorney for Complainant Boskett | Kendall R. Williford<br>8009 Indiantown Road<br>King George, VA 22485 |

                            MICHAEL A. PEDICONE, P.A.

By:  /s/ *Michael A. Pedicone*
      Patrick G. Rock, Esquire (No. 2424)
      109 W. 7th Street
      P.O. Box 1395
      Wilmington, DE 19899
      (302) 652-7850
      Attorney for Defendant

Dated: July 25, 2007