COVERAGE FOR VEHICLE # 1

# 2006 Pontiac G6

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance -- Limited Tort | | | | |
| • Bodily Injury | $100,000 | each person | Not Applicable | $93.40 |
| | $300,000 | each occurrence | | |
| • Property Damage | $100,000 | each occurrence | Not Applicable | $71.53 |
| Medical Expenses | $10,000 | each person | Not Applicable | $35.29 |
| Funeral Expenses | $2,500 | each person | Not Applicable | $0.26 |
| Income Loss | | | | |
| Each person up to | $5,000 | maximum benefit | Not Applicable | $4.10 |
| Subject to | $1,000 | monthly maximum | | |
| Uninsured Motorists Insurance | $50,000 | each person | Not Applicable | $46.73 |
| Limited Tort / Stacked Limits | $100,000 | each accident | | |
| Underinsured Motorists Insurance | $50,000 | each person | Not Applicable | $36.85 |
| Limited Tort / Stacked Limits | $100,000 | each accident | | |
| Auto Collision Insurance | Actual Cash Value | | $250 | $291.43 |
| Auto Comprehensive Insurance | Actual Cash Value | | $100 | $73.64 |
| **Total Premium for 06 Pontiac G6** | | | | **$653.23** |

**DISCOUNTS**   Your premium for this vehicle reflects the following discounts:

| | | | |
|---|---|---|---|
| Multiple Car | $99.77 | Anti-theft | $8.19 |
| Passive Restraint | $17.00 | Multiple Policy | $36.36 |
| Premier Plus | $142.36 | | |

**RATING INFORMATION**
This vehicle is driven over 7,500 miles per year, 0-3 miles to work/school, adult age 49, with no unmarried driver under 25