IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATERSON, | ) ) ) ) | C.A. No. 06-626 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## AFFIDAVIT

STATE OF Pennsylvania

COUNTY OF Delaware SS:

BE IT REMEMBERED, that on this 9 day of July, A.D., 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, ERICA C. YATSUK, who, being duly sworn according to law, did depose and say that she is the defendant in the above matter and that the foregoing Answers to Form 30 Interrogatories are true and correct to the best of her knowledge and belief.

ERICA C. YATSUK

SWORN TO AND SUBSCRIBED before me the day and year first above written.

Notary Public

NOTARIAL SEAL
Rosemary R. Park, Notary Public
Brookhaven Boro., Delaware County
My commission expires May 10, 2008