IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, individually, and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATTERSON,<br><br>    Plaintiffs<br><br>vs.<br><br>ERICA C. YATSUJK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 06-626<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PARTIAL STIPULATION OF DISMISSAL

It is hereby agreed and stipulated between the parties that the claim of Floyd E. Patterson as the Next Friend of Floyd Patterson, Jr. is hereby dismissed, with prejudice.

---

TIMOTHY LENGKEEK, ESQUIRE
Attorney for Plaintiffs
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

---

B. WILSON REDFEARN, ESQUIRE
Attorney for Defendant, Williford
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899

---

JAMES JOSEPH HALEY, JR. ESQUIRE
Attorney for Defendant, Boskett
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188

---

ROBERT J. LEONI, ESQUIRE
Attorney for Defendants, Boskett &
Delaware Pooper Scoopers
221 Main Street
Stanton, DE 19804

---

GARY ALDERSON, ESQUIRE
Attorney for Plaintiff Patterson on Counterclaim
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

---

PATRICK ROCK, ESQUIRE
Attorney for Defendant, Yatsuk
107 West 7th Street
P.O. Box 1395
Wilmington, DE 19899