# AFFIDAVIT OF MAILING

The undersigned, an employee of Tybout, Redfearn & Pell, hereby swears that she electronically filed and served on October 8, 2007 the attached documents addressed to:

Timothy Lengkeek, Esquire
YOUNG, CONAWAY, ET AL
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Michael Pedicone, Esquire
Patrick Rock, Esquire
109 West 7th Street
P.O. Box 1395
Wilmington, DE 19899-1395

James Joseph Haley, Jr., Esquire
FERRARA, HALEY & BEVIS
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188

Robert J. Leoni, Esquire
SHELSBY & LEONI
221 Main Street
Stanton, DE 19804-3904

Dawn Becker, Esquire
Gary Alderson, Esquire
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE  19801

MARGARET M. AVERELL

SWORN to and Subscribed this 8th day of October, 2007.

NOTARY PUBLIC

STEPHANIE E. LOKEY
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 31, 2011