IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DINA DOUGLAS-PATTERSON, <br><br>Plaintiffs, <br><br>v. <br><br>ERICA C. YATSUK, <br>SHYLA K BOSKETT, <br>DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, <br>and KENDALL R. WILLIFORD, <br><br>Defendants. | ) <br> ) <br> ) C.A. No. 06-626 JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) TRIAL BY JURY OF TWELVE <br> ) DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

I, Timothy E. Lengkeek, Esquire, hereby certify that on this 12th day of October, 2007, I caused copies of Plaintiffs' Rule 26 (a)(2) Expert Disclosures and this Notice to be served on the following individuals, in the manner indicated below:

**BY HAND DELIVERY**
Michael Pedicone, Esquire
109 West 7th Street
P.O. Box 1395
Wilmington, DE  19899-1395

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
B. Wilson Redfearn, Esquire
Tybout Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
James J. Haley, Jr., Esquire
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0188

**BY FIRST CLASS MAIL**
Robert J. Leoni, Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE  19804

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Timothy E. Lengkeek

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
tlengkeek@ycst.com
Attorneys for Plaintiff