IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, individually, and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATTERSON,<br><br>Plaintiffs<br><br>vs.<br><br>ERICA C. YATSUJK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 06-626<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE,** that the undersigned, B. Wilson Redfearn, Esquire, did propound a Request for Production to the plaintiff. Same was electronically served on counsel.

TYBOUT, REDFEARN & PELL

BY: _____
B. WILSON REDFEARN, ESQUIRE
#173
Attorney for Defendant, Williford
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901