## AFFIDAVIT OF MAILING

The undersigned, an employee of Tybout, Redfearn & Pell, hereby swears that she electronically filed and mail served on October 22, 2007 the attached documents addressed to:

Timothy Lengkeek, Esquire
YOUNG, CONAWAY, ET AL
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Michael Pedicone, Esquire
Patrick Rock, Esquire
109 West 7th Street
P.O. Box 1395
Wilmington, DE 19899-1395

James Joseph Haley, Jr., Esquire
FERRARA, HALEY & BEVIS
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188

Robert J. Leoni, Esquire
SHELSBY & LEONI
221 Main Street
Stanton, DE 19804-3904

Dawn Becker, Esquire
Gary Alderson, Esquire
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

MARGARET M. AVERELL

SWORN to and Subscribed

this 23rd day of _October_, 2007.

NOTARY
STEPHANIE E. LOKEY
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 31, 2011