IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, individually and as Next Friend of FLOYD PATTERSON, JR., and DINA DOUGLAS-PATTERSON, | : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 06-626-JJF : |
| ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, | : : : : : |
| Defendants. | : |

## ORDER

WHEREAS, on June 21, 2007, Plaintiffs filed a Motion to Compel Discovery Responses (D.I. 68);

WHEREAS, no response was filed to this Motion and over five months have passed since this Motion was filed;

NOW THEREFORE IT IS HEREBY ORDERED Plaintiff's Motion to Compel Discovery Responses (D.I. 68) is **DENIED** with leave to renew, if the matter still requires the Court's attention.

January 17, 2008

_____
UNITED STATES DISTRICT JUDGE