# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TIMOTHY E. LENGKEEK
DIRECT DIAL: (302) 571-6605
DIRECT FAX: (302) 576-3308
tlengkeek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

BUNKER HILL CENTRE II
102 SLEEPY HOLLOW DRIVE
SUITE 105
MIDDLETOWN, DELAWARE 19709
(302) 449-1338

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

February 20, 2008



The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street,
 Room 4209
Lock Box 18
Wilmington, DE 19801

Re:   Floyd Patterson v. Yatsuk, et al.

Dear Judge Farnan:

Undersigned counsel respectfully request that the Pre-Trial Conference, scheduled to occur on April 10, 2008, be adjourned. All counsel in this case have diligently complied with the Case Scheduling Order. However, plaintiff Floyd Patterson continues to receive medical treatment and it is unknown what additional procedures may be necessary. Given that uncertainty, plaintiff's counsel respectfully requests that the Pre-Trial Conference be adjourned.

By way of background, the Patterson Plaintiffs filed a complaint against Erica Yatsuk, Kendall Williford and Shyla Boskett. Ms. Boskett filed an answer with crossclaims and counterclaims, including a claim against Plaintiff Floyd Patterson. Thereafter, the Patterson Plaintiffs settled their claims against Erica Yatsuk and Kendall Williford by way of joint tortfeasor releases. Mr. Leoni and Mr. Haley, defense and plaintiff's counsel, respectively, for Ms. Boskett do not object to my request nor does Ms. Becker, defense counsel for Mr. Patterson, Mr. Redfearn, defense counsel for Mr. Williford, or Mr. Pedicone, defense counsel for Ms. Yatsuk.

Plaintiffs' counsel anticipates that the case should be ready for a Pre-Trial Conference in approximately six (6) to eight (8) months, but will keep the Court and all parties informed.

Respectfully,

Timothy E. Lengkeek

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

The Honorable Joseph J. Farnan, Jr.
February 20, 2008
Page 2

TL:jom
cc: Robert J. Leoni, Esquire
 Dawn L. Becker, Esquire
 James J. Haley, Jr., Esquire
 B. Wilson Redfearn, Esquire
 Michael A. Pedicone, Esquire
 Clerk of the Court