IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, individually, and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATTERSON, <br><br> Plaintiffs <br><br> vs. <br><br> ERICA C. YATSUJK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, <br><br> Defendants | C.A. No. 06-626 |

## DEFENDANT KENDALL WILLIFORD'S MOTION TO COMPEL PAYMENT OF A MEDICAL BILL

WHEREAS, on October 16, 2007 the attorney for Kendall Williford scheduled an Independent Medical Examination for Defendant Shyla Boskett-Omorogieva on November 19, 2007 and notified her of same (Exhibit "A"); and

WHEREAS, Shyla Boskett-Omorogieva was reminded of the examination on November 1, 2007 (Exhibit "B"); and

WHEREAS, at the request of Shyla Boskett-Omorogieva, the examination was rescheduled to December 5, 2007 (Exhibit "C"); and

WHEREAS, defendant Boskett-Omorogieva was again reminded of her examination

on November 19, 2007 (Exhibit "D"); and

WHEREAS, on December 3, 2007, Ms. Boskett-Omorogieva advised the attorney for defendant Williford that she was not available for the examination. As a result, defendant Williford was charged a cancellation fee in the amount of $450.00 (Exhibit "E"); and

WHEREAS, defendants were entitled to have the plaintiff submit to a medical examination under Rule 35; and

WHEREAS, the attorney for Kendall Williford sent letters to the counsel for Ms. Boskett-Omorogieva on December 3, 2007, December 11, 2007 ane February 13, 2008 requesting reimbursement for the late cancellation charges (Exhibit "F");

THEREFORE, Kendall Willifored requests that this Motion to Compel Payment of the Medical Bill be granted and defendant Boskett-Omorogieva compelled to reimburse the insurance carrier for defendant Williford for the medical bill (Exhibit "G"). <u>DiPatre v. DiEnno and Elliott</u>, Del. Super., 86C-SE-139, Martin J. (June 10, 1987).

## CERTIFICATION

The attorney for Kendall Williford certifies that he has attempted to secure reimbursement for the outstanding medical bill through the aforementioned communications with the attorney for defendant Boskett-Omorogieva.

B. WILSON REDFEARN

LAW OFFICES

# TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN, JR.
DANIELLE K. YEARICK
DENNIS J. MENTON
SUSAN LIST HAUSKE

750 S. MADISON ST.
SUITE #400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

WILLIAM R. BAKER, JR.
CHRISTINE P. O'CONNOR
ROBERT M. GREENBERG

*Of Counsel:*
B. WILSON REDFEARN
RICHARD W. PELL

Writer's Direct Dial:
(302) 657-5505
bwredfearng@trplaw.com

October 16, 2007

James Joseph Haley, Jr., Esquire
FERRARA, HALEY & BEVIS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899-0188

  Re: Floyd E. Patterson, Floyd Patterson, Jr. and Dena Douglas-Patterson v. Erica C. Yatsuk, Shyla K. Boskett, Delaware Pooper Scoopers, Inc., Kendall R. Williford
    06-626

Dear Jim:

  I have scheduled a defense medical examination for Shyla Boskett Omorogieva with Dr. David Stephens on November 19, 2007 at 2:30 p.m. Dr. Stephens' office is located at Dr. Suite 1A Silverside Medical Center, 2700 Silverside Road, Wilmington. Please be sure she attends.

  Thank you.

            Best regards,

            B. WILSON REDFEARN

BWR:blb

cc: Mr. Don Moore
  GEICO (016371948-0101-011)
  Robert Leoni, Esquire

"A"

**David C. Stephens, M.D.P.A**  
2700 Silverside Road  
Silverside Medical Center   Suite 1-A  
Wilmington, Delaware   19810  
Phone 302-478-8601  
Fax 302-478-8604

Date: 12-4-2007

Client: W. Redfearn, Esq. Attn Barb

Fax Number: 658-4018

Claimant's Name: Shyla Omoroguiwi

Date and Time of DME: Tuesday 1-8-2008 1:30

This letter is to confirm the DME examination of the above referenced claimant.

A prepayment for the DME is requested payable to David C. Stephens, M.D.P.A. The Tax I.D. is 51-0403501. Please refer to the attached cancellation and fee schedule. If the claimant fails to show up for the evaluation, the full fee is charged.

The report of findings upon examination (DME Report) will not be forwarded unless the prepayment has been received, time constraints not withstanding.

If you have any questions or concerns regarding this matter, please contact my secretary, Donna Gregg or me for assistance.

Sincerely yours,


David C. Stephens, M.D.

DAVID C. STEPHENS MD PA
2700 SILVERSIDE ROAD SUITE 1A
WILMINGTON DELAWARE 19810

effective: 12/1/2004

FEE SCHEDULE AND CANCELLATION POLICY 2005 BEGINNING 12-1-2004

| | FEE | 1-5 DAY NOTICE* | 1-2 WEEK NOTICE | 2-3 WEEK NOTICE |
|---|---|---|---|---|
| IME/DME | $900 | $450 | $0 | $0 |
| DEPOSITION | $1,700 | $1,280 | $850 | $430 |
| VIDEO DEPOSITION | $1,750 | $1,312.00 | $875 | $438 |
| EACH ADDITIONAL HR | $750 | | | |
| IAB HEARING | $1,800 | $1,350.00 | $900.00 | $450.00 |
| TRIAL | $2,000 | $1,500 | $1,000 | $500.00 |

PRE TRIAL CONFERENCE: $400./HR

PEER RECORD REVIEW: $300/HR.

CANCELLATION POLICY FOR ONE BUSINESS DAY OR LESS,ALL SERVICES(INCLUDING PATIENT NO SHOW): FULL FEE

ADDITIONAL MEDICAL RECORD REVIEW PRE/POST IME/DME EVALUATIC ON:$300/HR AS BILLABLE ADDENDUM

*ONE DAY IS ONE BUSINESS DAY; ONE WEEK IS FIVE BUSINESS DAYS.

DAVID C. STEPHENS MD PA    12-1-04

David C. Stephens MD PA

Page 1 of 1

LAW OFFICES

# TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN, JR.
DANIELLE K. YEARICK
DENNIS J. MENTON
SUSAN LIST HAUSKE

750 S. MADISON ST.
SUITE #400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

WILLIAM R. BAKER, JR.
CHRISTINE P. O'CONNOR
ROBERT M. GREENBERG

*Of Counsel:*
B. WILSON REDFEARN
RICHARD W. PELL

Writer's Direct Dial:
(302) 657-5505
bwredfearng@trplaw.com

November 1, 2007

James Joseph Haley, Jr., Esquire
FERRARA, HALEY & BEVIS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899-0188

Re:  Floyd E. Patterson, Floyd Patterson, Jr. and Dena Douglas-Patterson v. Erica C. Yatsuk, Shyla K. Boskett, Delaware Pooper Scoopers, Inc., Kendall R. Williford
06-626

Dear Jim:

In accordance with Ms. Omorogieva's request, the defense medical examination with Dr. David Stephens on November 19, 2007, has been rescheduled and will now take place on December 5, 2007 at 2:30 p.m. Dr. Stephens' office is located at Dr. Suite 1A Silverside Medical Center, 2700 Silverside Road, Wilmington. Please be sure your client is advised of the new examination date.

Thank you.

Best regards,

B. WILSON REDFEARN

BWR:blb

cc: Dr. David Stephens
    Mr. Don Moore
    GEICO (016371948-0101-011)
    Robert Leoni, Esquire

"B"

LAW OFFICES

# TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN, JR.
DANIELLE K. YEARICK
DENNIS J. MENTON
SUSAN LIST HAUSKE

750 S. MADISON ST.
SUITE #400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

WILLIAM R. BAKER, JR.
CHRISTINE P. O'CONNOR
ROBERT M. GREENBERG

*Of Counsel:*
B. WILSON REDFEARN
RICHARD W. PELL

Writer's Direct Dial:
(302) 657-5505
bwredfearng@trplaw.com

November 19, 2007

James Joseph Haley, Jr., Esquire
FERRARA, HALEY & BEVIS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899-0188

Re: Floyd E. Patterson, Floyd Patterson, Jr. and Dena Douglas-Patterson v. Erica C. Yatsuk, Shyla K. Boskett, Delaware Pooper Scoopers, Inc., Kendall R. Williford
06-626

Dear Mr. Haley:

The purpose of this letter is to remind Ms. Boskett Omorogieva of her defense medical examination with Dr. David Stephens on December 5, 2007 at 2:30 p.m. Dr. Stephens' office is located at Dr. Suite 1A Silverside Medical Center, 2700 Silverside Road, Wilmington. Please be sure she attends.

Thank you.

Sincerely yours,

Barbara L. Berheide
Paralegal to
B. WILSON REDFEARN

LAW OFFICES

# TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN, JR.
DANIELLE K. YEARICK
DENNIS J. MENTON
SUSAN LIST HAUSKE

750 S. MADISON ST.
SUITE #400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

WILLIAM R. BAKER, JR.
CHRISTINE P. O'CONNOR
ROBERT M. GREENBERG

*Of Counsel:*
B. WILSON REDFEARN
RICHARD W. PELL

Writer's Direct Dial:
(302) 657-5505
bwredfearng@trplaw.com

December 3, 2007

James Joseph Haley, Jr., Esquire
FERRARA, HALEY & BEVIS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899-0188

Re: Floyd E. Patterson, Floyd Patterson, Jr. and Dena Douglas-Patterson v. Erica C. Yatsuk, Shyla K. Boskett, Delaware Pooper Scoopers, Inc., Kendall R. Williford
06-626

Dear Jim:

This letter will confirm that Ms. Boskett Omorogieva is not available for her defense medical examination with Dr. David Stephens on December 5, 2007. The DME has been rescheduled and will now take place on January 8, 2008 at 1:30 p.m. Dr. Stephens' office is located at Dr. Suite 1A Silverside Medical Center, 2700 Silverside Road, Wilmington. Please be sure she attends.

This will also confirm that your client that will be responsible Dr. Stephens' late cancellation fee of $450.00. I will forward the bill upon receipt.

Best Regards,

B. WILSON REDFEARN

BWR/blb
cc: Dr. David Stephens
    Mr. Don Moore
    GEICO (016371948-0101-011)
    Robert Leoni, Esquire


"D"

LAW OFFICES

# TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN, JR.
DANIELLE K. YEARICK
DENNIS J. MENTON
SUSAN LIST HAUSKE

750 S. MADISON ST.
SUITE #400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

WILLIAM R. BAKER, JR.
CHRISTINE P. O'CONNOR
ROBERT M. GREENBERG
LAUREN C. MCCONNELL

*Of Counsel:*
B. WILSON REDFEARN
RICHARD W. PELL

Writer's Direct Dial:
(302) 657-5505
bwredfearng@trplaw.com

December 11, 2007

James Joseph Haley, Jr., Esquire
FERRARA, HALEY & BEVIS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899-0188

Re: Floyd E. Patterson, Floyd Patterson, Jr. and Dena Douglas-Patterson v. Erica C. Yatsuk, Shyla K. Boskett, Delaware Pooper Scoopers, Inc., Kendall R. Williford
06-626

Dear Jim:

I have enclosed Dr. David Stephens' "no show" bill in the amount of $450.00. Please send a check, <u>made payable to GEICO,</u> in that amount to me and I will reimburse the carrier.

Thank you.

Best Regards,

B. WILSON REDFEARN

BWR/blb

cc: Mr. Don Moore
    GEICO (016371948-0101-011)

"E"

# STATEMENT

Date Printed: 12/05/2007



**David C Stephens MD PA**
2700 Silverside Road Suite 1A
Silverside Medical Center
Wilmington, DE 19810
(302) 478-8601
Tax ID# 510403501

| Patient: Shyla Omorogieva (12312) | Statement of All Outstanding Services<br>All Cases<br>Including Credit Balances |
|---|---|

| Date | Patient | Description | Provider | Charge | Payment | Write Off | Balance |
|---|---|---|---|---|---|---|---|
| 12/05/2007 | Shyla Omorogieva | [ DME3 ] DME Late Cancellation Fee | David C. Stephens | $450.00 | | | $450.00 |
| | 12/05/2007 | [ DME3 ] DME Late Cancellation Commercial | | | $900.00 | | -$450.00 |
| | | | Total | $450.00 | $900.00 | $0.00 | -$450.00 |

### Account Balance Summary

| | Not Yet Billed | 0-30 days | 31-60 days | 61-90 days | 91-120 days | Over 120 days | Total | Today |
|---|---|---|---|---|---|---|---|---|
| Patient | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

### Next Appointment

| Patient | Date | Time | Provider |
|---|---|---|---|

Provider Signature

Page 1 of 1

*Attn: B. Berhide*

DAVID C. STEPHENS, M.D.,P.A.  
2700 Silverside Road Suite 1-A  
Wilmington DE   19810

Telephone Number 302-478-8601

Tax I.D. 51-0403501

Tybout, Redfearn & Pell  
PO Box 2092  
Wilmington DE 19899-2092

RP10074         01/16/08      1

CPT4

| Date | Code | Description | Qty | Unit | Charge | | Balance |
|---|---|---|---|---|---|---|---|
| 01/08/08 | DME | Defense Medical Evaluation | 1 | 1.00 | 900.00 | | 450.00 |
| | | Patient: Shyla Omorogieva - 12312 | | | | | |
| | | 01/14/2008 Credit applied toward balance | | | | 0.00 | 450.00 |

450.00

Please pay within 30 days...thank you

Tybout, Redfearn & Pell

RP10074              1,875.00              450.00

LAW OFFICES

# TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN, JR.
DANIELLE K. YEARICK
DENNIS J. MENTON
SUSAN LIST HAUSKE

750 S. MADISON ST.
SUITE #400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

WILLIAM R. BAKER, JR.
CHRISTINE P. O'CONNOR
ROBERT M. GREENBERG
LAUREN C. MCCONNELL
LEROY A. TICE

Of Counsel:
B. WILSON REDFEARN
RICHARD W. PELL

Writer's Direct Dial:
(302) 657-5505
bwredfearng@trplaw.com

February 13, 2008

James Joseph Haley, Jr., Esquire
FERRARA, HALEY & BEVIS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899-0188

    Re:    Floyd E. Patterson, Floyd Patterson, Jr. and Dena Douglas-Patterson v. Erica C. Yatsuk, Shyla K. Boskett, Delaware Pooper Scoopers, Inc., Kendall R. Williford
           06-626

Dear Jim:

    I have enclosed a copy of the ledger from Dr. David Stephens showing GEICO's payment of the doctor's $450.00 "no show" fee. Please forward the plaintiff's check in the amount, made payable to GEICO, to my attention within the next ten days. If I do not receive the payment, I will be filing a Motion to Compel with the Court.

                                                    Best Regards,

                                                    B. WILSON REDFEARN

BWR/blb
Encl.
cc:  Mr. Don Moore
      GEICO (016371948-0101-011)

## STATEMENT

Date Printed: 02/11/2008

**David C Stephens MD PA**
2700 Silverside Road Suite 1A
Silverside Medical Center
Wilmington, DE 19810
(302) 478-8601
Tax ID# 510403501

Patient: Shyla Omorogieva (12312)
76 Chestnut Street
Elkton, MD 21921

Statement of All Outstanding Services
All Cases
Including Credit Balances

| Date | Patient | Description | Provider | Charge | Payment | Write Off | Balance |
|---|---|---|---|---|---|---|---|
| 12/05/2007 | Shyla Omorogieva | [ DME3 ] DME Late Cancellation Fee | David C. Stephens | $450.00 | | | $450.00 |
| 12/05/2007 | | [ DME3 ] DME Late Cancellation Commercial | | | $900.00 | | -$450.00 |
| 01/14/2008 | | Credit Applied From 12/05/2007 | | | -$450.00 | | $0.00 |
| 01/08/2008 | Shyla Omorogieva | [ DME ] Defense Medical Evaluation | David C. Stephens | $900.00 | | | $900.00 |
| 01/14/2008 | | [ DME ] Defense Medical Evaluation Credit Applied From 12/05/2007 | | | $450.00 | | $450.00 |
| 02/05/2008 | | Commercial | | | $450.00 | | $0.00 |
| | | | Total | $1,350.00 | $1,350.00 | $0.00 | $0.00 |

### Account Balance Summary

| | Not Yet Billed | 0-30 days | 31-60 days | 61-90 days | 91-120 days | Over 120 days | Total | Today |
|---|---|---|---|---|---|---|---|---|
| Patient | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

### Next Appointment

| Patient | Date | Time | Provider |
|---|---|---|---|
| | | | |

Provider Signature

Page 1 of 1

## Detailed Payment Summary

GEICO INDEMNITY INSURANCE CO
ONE GEICO BLVD
FREDERICKSBURG, VA 22412-000

*2-5-08*

**NO. N** 101581548

**Claim #**
0163719480101011

**Date of Loss**
05/01/2006

**Date**
02/02/2008

**Field Claim Center:**
05 Fredericksburg

**Adjuster Code:**
J146

**Payment Type:**
EXPENSE

**Tax ID/SS#/Atty ADJ Code**
51-0403501

**Claimant Name**
SHYLA K BOSKETT-OMOROGIE

**Total Amount**
$***********450.00

**Insured Name**
KENDALL R WILLIFORD

**Pay To**
DAVID STEPHENS, M.D.

**IP and Feature and Amount**
06 RBI $*****450.00

JES # 3624

**In Payment Of**
BODILY INJURY COVERAGE
IME NO SHOW SHYLA
OMOROGIEVA(12312)

### Visit geico.com

Now, parties involved in a GEICO claim can track the progress of the claim, view damage photos and more at geico.com! *GEICO policyholders can make a payment, change drivers or vehicles and request additional coverages.* Not insured with GEICO?  15 minutes could save you 15% or more on car insurance.  Of course, we're also available for policy or claim service 24/7 at 1-800-841-3000.
* These online services are unavailable to Assigned Risk policyholders.

CLMSCHK                    PLEASE DETACH AND KEEP FOR YOUR RECORDS

SUPERIOR COURT
OF THE
STATE OF DELAWARE

JUN 11 1987

JOSHUA W. MARTIN, III
RESIDENT ASSOCIATE JUDGE

COURT HOUSE
WILMINGTON, DE. 19801

June 10, 1987

L. Vincent Ramunno, Esq.
Ramunno & Ramunno, P.A.
Tenth & French Streets
Wilmington, DE  19801-3399

B. Wilson Redfearn, Esq.
Tybout, Redfearn, Casarino
  & Pell
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE  19899

Re: DiPatre v. DiEnno v. Elliott
    Civil Action No. 86C-SE-139

Dear Counsel:

Subsequent to an office conference held on May 19, 1987, where the Court granted defendant's motion to compel payment of medical bill, plaintiff filed, by letter dated May 20, 1987 a motion for reargument or reconsideration of this Court's decision.

After reviewing plaintiff's request as well as defendant's response dated May 27, 1987 and plaintiff's reply dated May 29, 1987 this Court finds that indeed the $250.00 assessed against plaintiff for failing to appear for Dr. Hogan's scheduled examination was not unreasonable, was pursuant to Superior Court Civil Rule 54(e) and based on the argument provided at the conference on the motion was not an abuse with this Court's discretion.

The plaintiff has further argued that the $125.00 amount assessed as attorney's fees for plaintiff's attorney's in action in this case should not have been assessed. Plaintiff has suggested to the Court that in the absence of a statutory basis therefore, attorney fees cannot be taxable as costs. Stephenson v. Capano 462 A.2d 1069 (1983). Pursuant to this Court's practice in dealing with similar matters where there has been a failure to make discovery and a party has had to seek an order from the Court, the basis for attorney's fees is Superior Court Civil Rule 37(a)(4).

Therefore, plaintiff's request for reconsideration is denied.

IT IS SO ORDERED.

Very truly yours,

*[signature: Joshua W. Martin, III]*

JWM, III:alw

xc: Prothonotary

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, individually, and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATTERSON, : : : : : : Plaintiffs : : vs. : C.A. No. 06-626 : ERICA C. YATSUJK, SHYLA K. : BOSKETT, DELAWARE POOPER : SCOOPERS, INC., a Delaware : Corporation, and KENDALL R. : WILLIFORD, : : Defendants : | |

## ORDER

AND NOW this ___ day of _____, 2008, the Court having considered defendant Kendall Williford's Motion to Compel Payment of a Medical Bill,

IT IS HEREBY ORDERED, that Shyla Boskett-Omorogieva reimburse defendant Williford's insurance carrier (GEICO) in the amount of $450.00 for the cancelled appointment.

IT IS FURTHER ORDERED THAT Shyla Boskett-Omorogieva pay the defendant, Williford the amount of _____, for the time spent preparing and presenting this Motion.

Date: _____                                                              _____ J.

## CERTIFICATE OF SERVICE

I. B. Wilson Redfearn, hereby certify that I have electronically filed in Wilmington, Delaware, on this 5 day of March, 2008, a true and correct copy of the attached document addressed to:

Gary Alderson, Esquire
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

James J. Haley, Jr., Esquire
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899

Timothy Lengkeek, Esquire
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Patrick Rock, Esquire
109 W. 7th Street
P.O. Box. 1395
Wilmington, DE 19899

Robert Leoni, Esquire
Shelsby & Leoni
221 Main Street
Wilmington, DE 19804-3904

TYBOUT, REDFEARN & PELL

BY: _____
B. WILSON REDFEARN
I. D. # 173
750 S. Madison Street, Suite #400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901