IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, individually, and as Next Friend of FLOYD PATTERSON, JR., and DENA DOUGLAS-PATTERSON, <br><br> Plaintiffs <br><br> vs. <br><br> ERICA C. YATSUJK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD, <br><br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> :    C.A. No. 06-626 JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF WITHDRAWAL OF MOTION

TO: JAMES J. HALEY, JR., ESQUIRE     TIMOTHY LENGKEEK, ESQUIRE
      GARY ALDERSON, ESQUIRE          PATRICK ROCK, ESQUIRE
      ROBERT LEONI, ESQUIRE

PLEASE TAKE NOTICE that Defendant Kendall R. Williford's Motion to Compel Payment of a Medical Bill from Defendant Boskett, filed on March 5, 2008, is hereby withdrawn.

TYBOUT, REDFEARN & PELL

BY: _____
B. WILSON REDFEARN #173
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
Attorney for Kendall Williford

## CERTIFICATE OF SERVICE

I. B. Wilson Redfearn, hereby certify that I have electronically filed in Wilmington, Delaware, on this 14 day of March, 2008, a true and correct copy of the attached document addressed to:

Gary Alderson, Esquire
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

James J. Haley, Jr., Esquire
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899

Timothy Lengkeek, Esquire
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Patrick Rock, Esquire
109 W. 7th Street
P.O. Box. 1395
Wilmington, DE 19899

Robert Leoni, Esquire
Shelsby & Leoni
221 Main Street
Wilmington, DE 19804-3904

TYBOUT, REDFEARN & PELL

BY: _____
B. WILSON REDFEARN
I. D. # 173
750 S. Madison Street, Suite #400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901