IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FLOYD E. PATTERSON, individually,  :
and as Next Friend of FLOYD        :
PATTERSON, JR., and DENA           :
DOUGLAS-PATTERSON,                 :
                                   :
            Plaintiffs             :
                                   :
      vs.                          :        C.A. No. 06-626
                                   :
ERICA C. YATSUJK, SHYLA K.         :
BOSKETT, DELAWARE POOPER           :
SCOOPERS, INC., a Delaware         :
Corporation, and KENDALL R.        :
WILLIFORD,                         :
                                   :
            Defendants             :

## PARTIAL STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the above

captioned claims of the plaintiffs against Kendall R. Williford and Erica C. Yatsuk only are

dismissed, with prejudice, with the understanding that the crossclaim of Shyla K. Boskett and

Delaware Pooper Scoopers, Inc. against the co-defendants for contribution, remains open.

The claims of the plaintiffs against the defendants Shyla Boskett and Delaware Pooper

Scoopers, Inc. also remain open, as do the claims of Shyla Boskett against Kendall Williford

and Erica C. Yatsuk.

TIMOTHY LENGKEEK, ESQUIRE
Attorney for Plaintiffs
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

B. WILSON REDFEARN, ESQUIRE
Attorney for Defendant, Williford
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899

MICHAEL PEDICONE, ESQUIRE
Attorney for Defendant, Yatsuk
109 West 7th Street
P.O. Box 1395
Wilmington, DE 19899-1395

JAMES JOSEPH HALEY, ESQUIRE
Attorney for Boskett (Crossclaimant)
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188

ROBERT J. LEONI, ESQUIRE
Attorney for Delaware Pooper Scoopers
221 Main Street
Stanton, DE 19804-3904

DAWN BECKER, ESQUIRE
Attorney for Floyd E. Patterson
(Counterclaim)
919 Market Street, Suite 725
Wilmington, DE 19801