IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOYD E. PATTERSON, Individually and as Next Friend of FLOYD PATTERSON, JR., and DINA DOUGLAS-PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>ERICA C. YATSUK, SHYLA K. BOSKETT, DELAWARE POOPER SCOOPERS, INC., a Delaware Corporation, and KENDALL R. WILLIFORD,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-626<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of

**Jonathan Slyker, Ph.D. on September 23, 2008 at 10:00 a.m.** in the offices of

Young, Conaway, Stargatt & Taylor, 845 Third Avenue, Suites 606 & 608, New York, New York.

Records * Duces Tecum - Deponent is to bring with him documents in his possession pertaining to all records and billing records including all raw data involving plaintiff, Floyd E. Patterson. Documents should include but are not limited to any investigative reports, medical and testing documents and information on Plaintiff, Floyd E. Patterson.

*SHELSBY & LEONI*
*/s/ Robert J. Leoni*
ROBERT J. LEONI, I.D. #2888
Rleoni@mslde.com
221 Main Street
Stanton, DE 19804
(302) 995-6210
Attorney for Defendant Boskett and Delaware Pooper Scoopers, Inc.