## FERRARA HALEY & COLLINS
### ATTORNEYS AT LAW

LOUIS B. FERRARA, P.A.
JAMES J. HALEY, JR.
PATRICK J. COLLINS*
*ALSO ADMITTED IN PA

1716 WAWASET STREET
P.O. BOX 188
WILMINGTON, DELAWARE 19899
(302) 656-7247    TELEPHONE
(302) 656-8053    TELECOPIER

July 23, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
District of Delaware
844 N. King Street
Lock Box 27
Wilmington, DE 19801

RECEIVED
JUL - 5 2008

Re:    Patterson v. Yatsuk & Boskett et al.
       C.A. No. 06-626

Dear Judge Farnan:

Please be advised that I represent Shyla Boskett on a personal injury counter-claim in the above-referenced matter.

The parties have agreed to mediate her claim and request a referral to mediation before a magistrate judge.

Thank you for the Court's time and attention.

Respectfully submitted,

James J. Haley, Jr.

JJH/rsh

cc:  Dawn L. Becker, Esq.
     Michael A. Pedicone, Esq.
     B. Wilson Redfearn, Esq.
     Shyla Boskett