IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOYD E. PATTERSON, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 06-626-JJF |
| ERICA C. YATSUK, et al., | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, by letter dated July 23, 2008, counsel advised the Court that the parties have agreed to mediation in the above-captioned case;

NOW THEREFORE, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Stark for the purposes of exploring the possibility of a settlement.

August 11, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE